UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                              CASE NO. 23-CV-80210-ROSENBERG

      Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS; and PALM BEACH COUNTY SHERIFF OFFICE

      Defendants.
_____/

## FRONTIER AIRLINES, INC.'S REMOVAL STATUS REPORT

Defendant, FRONTIER AIRLINES, INC. ("Frontier"), pursuant to this Court's February 9th, 2023, Order, provides its Removal Status Report:

1. This is an action arising out of the purported wrongful removal of Plaintiff, Channing Hutchins, from Frontier flight #257, which was a scheduled flight from Palm Beach, Florida (PBI) to Columbus, Ohio (CMH) on or about January 14, 2019. Plaintiff asserts a myriad of claims rooted in federal law, including: (1) racial discrimination pursuant to 42 U.S.C. § 1981; (2) racial discrimination pursuant to 42 U.S.C. § 2000(d); (3) loss of freedom pursuant to 10 U.S.C. § 897; (4) first Amendment violations pursuant to 42 U.S.C. § 1988; (5) interference with constitutional rights per 10 U.S.C. § 235; (6) violation of equal protection rights per 42 U.S.C. § 1983; (7) false accusation per 18 U.S.C. § 287; (8) violation of the Federal Tort Claims Act per 28 U.S.C. § 2672; and (9) breach of contract pursuant to 41 U.S.C. § 6503. Plaintiff further alleges state law claims for negligence; intentional and negligent infliction of emotional distress;

1

perjury; and wrongful removal. There are currently no pending counterclaims, cross-claims, or third party claims. Plaintiff claims damages in the amount of $60 million.

2. Frontier removed this action to the United States District Court of the Southern District of Florida on February 8, 2023. The basis for removal was federal question jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a). The parties to this action include: (1) Channing Hutchins, Plaintiff; (2) Frontier Airlines, Inc., Defendant; (3) Palm Beach Counties Department of Airports, Defendant; and (4) Palm Beach County Sheriff Office, Defendant.

3. Frontier files simultaneously herewith its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. To date, Frontier has not been provided proof that the other named Defendants, Palm Beach Counties Department of Airports and Palm Beach County Sheriff Office, have been served in this action. Consequently, Co-Defendants` consent to removal is not required at this juncture.

5. On January 6, 2023, Plaintiff filed his Complaint against Frontier, Palm Beach Counties Department of Airports, and Palm Beach County Sheriff Office in the Circuit Court of the Fifteenth Judicial Circuit in Palm Beach County, Florida. Frontier was served with the Complaint on January 12, 2023. Thus, the Notice of Removal is timely under 28 U.S.C. §1446(b), as it was filed within thirty (30) days from when Frontier received a copy of "an amended pleading . . . from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

Dated: February 15, 2023,

        Respectfully submitted,

        /s/ *Cecilia Torello*

        Juan Serrano, Esq.
        Florida Bar No.: 319510
        Cecilia Torello, Esq.
        Florida Bar No.: 1018230
        GRIFFIN & SERRANO, PA
        707 S.E. 3rd Avenue, 6th Floor
        Ft. Lauderdale, Florida 33316
        Telephone: (954) 462-4002
        Fax: (954) 462-4009
        jserrano@griffinserrano.com
        Ctorello@griffinserrano.com

        Brian T. Maye
        (seeking *pro hac vice* admission)
        ADLER MURPHY & McQUILLEN LLP
        20 South Clark Street, Suite 2500
        Chicago, Illinois 60603
        Phone: (312) 345-0700
        Fax: (312) 345-9860
        Email: bmaye@amm-law.com
        Firm ID: 32597

        *Counsel for Frontier Airlines, Inc.*

3

GRIFFIN & SERRANO, P.A.
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronic mail pursuant to Fla. R. Jud Admin 2.516, and U.S. Mail to Mr. Channing Hutchins at 6921 Breakenwood Drive, Dayton, Ohio 45424 on February 15, 2023, to all parties on the attached service list.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Frontier Airlines
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/s/ Cecilia Torello
_____
Juan R. Serrano
Florida Bar No. 319510
Cecilia Torello
Florida Bar No. 1018230