UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                CASE NO. 23-CV-80210-ROSENBERG

      Plaintiff,

v.

FRONTIER   AIRLINES,   INC.;   PALM
BEACH   COUNTIES   DEPARTMENT   OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

      Defendants.

_____/

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER

AIRLINES, INC., discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No

publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: February 15, 2023

Respectfully submitted,

/s/ Cecilia Torello

Juan Serrano, Esq.
Florida Bar No.: 319510
Cecilia Torello, Esq.
Florida Bar No.: 1018230
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
Ctorello@griffinserrano.com

1

Brian T. Maye
(seeking *pro hac vice* admission)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax:    (312) 345-9860
Email: bmaye@amm-law.com
Firm ID: 32597

*Counsel for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronic mail pursuant to Fla. R. Jud Admin 2.516, and U.S. Mail to Mr. Channing Hutchins at 6921 Breakenwood Drive, Dayton, Ohio 45424 on February 15, 2023, to all parties on the attached service list.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Frontier Airlines
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/s/ Cecilia Torello

Juan R. Serrano
Florida Bar No. 319510
Cecilia Torello
Florida Bar No. 1018230

2