UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                              CASE NO. 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS; and PALM BEACH COUNTY SHERIFF OFFICE

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian T. Maye of the law firm of Adler Murphy & McQuillen LLP, 20 S. Clark St., Suite 2500, Chicago, Illinois 60603, 312-345-0700, for purposes of appearance as co-counsel on behalf of Frontier Airlines, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian T. Maye to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brian T. Maye is not admitted to practice in the Southern District of Florida and is a member of good standing of the State of Illinois (Bar Number: 6288778). Mr. Maye is also a member of good standing for the United States District Court for the Eastern District of Michigan; the U.S. Court of Appeals for the 7th Circuit; the United States District Court for the Eastern District of Wisconsin; the United States District Court for the District of Colorado; the

1

United States District Court for the Western District of New York; the United States Court of Appeals for the Armed Forces; the United States District Court for the Northern District of Indiana; and the United States District Court for the Western District of Pennsylvania.

2. Movant, Cecilia Torello, Esquire, of the law firm Griffin & Serrano, P.A., 707 S.E. 3rd Ave, Sixth Floor, Fort Lauderdale, Florida 33316, 954-462-4002, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brian T. Maye has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brian T. Maye, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian T. Maye at email address: bmaye@amm-law.com.

WHEREFORE, Cecilia Torello, moves this Court to enter an Order to Brian T. Maye appear before this Court on behalf of Frontier Airlines, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian T. Maye.

2

GRIFFIN & SERRANO, P.A.
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

Date: February 24, 2023

                        Respectfully submitted,

                        */s/* Cecilia Torello
                        Juan Serrano, Esq.
                        Florida Bar No.: 319510
                        Cecilia Torello, Esq.
                        Florida Bar No.: 1018230
                        GRIFFIN & SERRANO, PA
                        707 S.E. 3rd Avenue, 6th Floor
                        Ft. Lauderdale, Florida 33316
                        Telephone: (954) 462-4002
                        Fax: (954) 462-4009
                        jserrano@griffinserrano.com

                        Brian T. Maye
                        ADLER MURPHY & McQUILLEN LLP
                        20 South Clark Street, Suite 2500
                        Chicago, Illinois 60603
                        Phone: (312) 345-0700
                        Fax:    (312) 345-9860
                        Email: bmaye@amm-law.com
                        Firm ID: 32597

                        *Counsel for Frontier Airlines, Inc.*

3

GRIFFIN & SERRANO, P.A.
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

Dated: February 15, 2023

Respectfully submitted,

/s/ Cecilia Torello

Juan Serrano, Esq.
Florida Bar No.: 319510
Cecilia Torello, Esq.
Florida Bar No.: 1018230
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
Ctorello@griffinserrano.com


Brian T. Maye
(seeking *pro hac vice* admission)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax:    (312) 345-9860
Email: bmaye@amm-law.com
Firm ID: 32597

*Counsel for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via electronic mail pursuant to Fla. R. Jud Admin 2.516, and U.S. Mail to Mr. Channing Hutchins at 6921 Breakenwood Drive, Dayton, Ohio 45424 on February 24, 2023, to all parties on the attached service list.

4

GRIFFIN & SERRANO, P.A.
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

**GRIFFIN & SERRANO, P.A.**
Attorneys for Frontier Airlines
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/s/ Cecilia Torello
_____
Juan R. Serrano
Florida Bar No. 319510
Cecilia Torello
Florida Bar No. 1018230

5

**GRIFFIN & SERRANO, P.A.**
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009