UNITED STATES DISTRICT COURT
SOUTHERNDISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, | Case No.: 23-CV-80210-ROSENBERG |
| Plaintiff, | |
| vs. | DEFAULT JUDGEMENT |
| FRONTIER AIRLINES INCORPORATED, | |
| Defendant | |

**MOTION FOR DEFAULT JUDGEMENT**

Plaintiff, Mr. Channing Hutchins, asks for the court to enter default judgement against Frontier Airlines Incorporated (Defendant), for failure to respond to summons, and says:

1. Plaintiff filed a complaint at the Fifteenth Judicial Circuit Court on January 06, 2023,
2. Defendant was properly served on January 12, 2023,
3. Defendant failed to respond before the 20 day expiration, and
4. Defendant has still failed to respond to the complaint aside from documents filed for a extension of time and motion to dismiss.
5. Plaintiff requests the Presiding Judge to act on this matter without a hearing.

Wherefore, Plaintiff ask for this prayer to be entered in final judgement.

March 01, 2023

FILED BY _____ D.C.
MAR 0 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Respectfully,

Channing Hutchins

www.faxburner.com

F@xBurner

# FACSIMILE TRANSMITTAL

| To: | Fax: 5618033419 |
|---|---|
| From: | Fax: 8443425522 |
| Pages: 2 [including cover page] | Date: February 23, 2023 4:20PM CST |
| Re: | |
| Volunteer Attorney Request | |

To get your own free fax number and to send faxes with your email, visit us at www.faxburner.com

Reference #: 329410829

FedEx Office
R2
1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES
BLVD
WEST PALM BEACH, FL 33409
CHANNING HUTCHINS
CHANNING HUTCHINS
701 CLEMATIS ST
RM 202
WEST PALM BEACH, FL
33401
1 of 1
OTP # 107504JJX1
Commit 03/01 05:00 PM

