UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Mr. Channing Hutchins, Plaintiff,

vs.

Case No. 9:23-cv-80210-RLR

Frontier Airlines Incorporated, Defendant(s)

## Motion For Referral To Volunteer Attorney Program

I, Mr. Channing Hutchins, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: /s/
Printed name: Channing Hutchins
Address: 6921 Breckenwood Drive
Dayton, Ohio 45424

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by Southern District of Florida Court privileged e-service filing notification on February 23, 2023, on all counsel or parties of record on the Service List below.

Signature: /s/
Printed name: Channing Hutchins

Service List:
Juan Serrano, Esq.
Florida Bar No.: 319510
Cecilia Torello, Esq.
Florida Bar No.: 1018230
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
ctorello@griffinserrano.com

FILED BY _____ D.C.
MAR 0 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

