UNITED STATES DISTRICT COURT
SOUTHERNDISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, | Case No.: 23-CV-80210-ROSENBERG |
| Plaintiff, | |
| vs. | Court-appointed Counsel |
| FRONTIER AIRLINES INCORPORATED, | |
| Defendant | |

**MOTION FOR COURT-APPOINTED COUNSEL**

Plaintiff, Mr. Channing Hutchins, request for the appointment of counsel if default Judgment is not granted because of his anxiety causing communication issues, attention, and memory, and says:

1. He has attached a request for volunteer Pro-Bono counsel, but it is not guaranteed.

March 01, 2023

Respectfully,

*Channing Hutchins*

Channing Hutchins

FILED BY _____ D.C.

MAR 0 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

FedEx Office
1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES
BLVD
WEST PALM BEACH, FL 33409
R2
CHANNING HUTCHINS
CHANNING HUTCHINS
701 CLEMATIS ST
RM 202
WEST PALM BEACH, FL
33401
1 of 1
OTP # 107504JJX1
Commit 03/01 05:00 PM

