UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, | Case No.: 23-CV-80210-ROSENBERG |
| Plaintiff, | |
| vs. | JOINT-SCHEDULING |
| FRONTIER AIRLINES INCORPORATED, | |
| Defendant | |

**JOINT SCHEDULING**

Plaintiff, Mr. Channing Hutchins, I agree with all of the terms and conditions documented and scheduled:

"ORDER SETTING STATUS

CONFERENCE, CALENDAR CALL, PRETRIAL DEADLINES, AND

TRIAL DATE, ORDER OF REQUIREMENTS, ORDER OF REFERENCE

TO MAGISTRATE JUDGE, AND ORDER OF REFERENCE TO MEDIATION

March 01, 2023

Respectfully,

*[signature]*

Channing Hutchins

FILED BY _____ D.C.

MAR 0 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

FedEx Office
FedEx
1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES
BLVD
WEST PALM BEACH, FL 33409
R2
FXO5899604262935899604262932
CHANNING HUTCHINS
CHANNING HUTCHINS
701 CLEMATIS ST
RM 202
WEST PALM BEACH, FL
33401
1 of 1
OTP # 107504JJX1
Commit 03/01 05:00 PM

