UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHANNING HUTCHINS,   Case No.: 9:23-cv-80210-RLR

    Plaintiff,

vs.

FRONTIER AIRLINES, INC., and PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS, and PALM BEACH
COUNTY SHERIFF OFFICE

    Defendants.
_____/

### FRONTIER AIRLINES, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, hereby submits the following Memorandum in Response to Plaintiff's Motion for Default Judgment:

1. On January 6, 2023, Plaintiff filed a complaint against Frontier, Palm Beach Counties (*sic*) Department of Airports, and Palm Beach County Sheriff Office in the Circuit Court of the Fifteenth Judicial Circuit in Palm Beach County, Florida, asserting a myriad of claims rooted in federal law. (*See* ECF No. 1-1).

2. On February 8, 2023, Frontier properly removed this action to the United States District Court for the Southern District of Florida based upon diversity jurisdiction. (ECF No. 1). Frontier then filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 10).

3. Plaintiff filed his response to Frontier's Motion to Dismiss on March 1, 2023. (ECF No. 20). Frontier's Motion to Dismiss remains pending.

4.     On March 1, 2023, Plaintiff filed a Motion for Default Judgment, alleging Frontier failed to respond to Plaintiff's Complaint filed in the Fifteenth Judicial Circuit Court, Palm Beach County on January 6, 2023. (ECF No. 21). Plaintiff further alleges that Frontier was properly served on January 12, 2023, and has not responded to the Complaint "aside from documents filed for an extension of time and motion to dismiss." *Id*.

5.     Federal Rule of Civil Procedure 55 governs default judgment. Rule 55(a) states that default judgment is proper "when a party against whom a judgment for affirmative relief is sought has failed to plead *or otherwise defend*." Fed. R. Civ. P. 55(a). (Emphasis added).

6.     This Court has held that "[m]otions challenging a complaint for failure to state a claim upon which relief can be granted, fall squarely within the ambit of the phrase 'otherwise defend'" as required by Federal Rule of Civil Procedure 55(a). *Wakefield v. City of Pembroke Pines*, 2005 U.S. Dist. LEXIS 50931 at *4 (S.D. Fla. 2005) (quoting *Wickstrom v. Ebert*, 101 F.R.D. 26, 33 (E.D. Wis. 1984) (court denied motion for default judgment where defendant had filed a motion to dismiss Plaintiff's second amended complaint). Moreover, this Court has further held that no responsive pleading is due until the court disposes of a pending motion to dismiss. *Sunshine Kitchens, Inc. v. Alanthus Corp.*, 66 F.R.D. 15, 17 (S.D. Fla. 1975).

7.     As such, Plaintiff's Motion for Default Judgment is improper and must be denied. Frontier has taken adequate steps to defend the action, including filing a Motion to Dismiss Plaintiff's Complaint, which is currently pending before this Court. Therefore, no answer is required at this time.

WHEREFORE, Defendant, FRONTIER AIRLINES, INC. prays that this Honorable Court enter an order denying Plaintiff's Motion for Default Judgment, and for such further relief as this Court deems necessary and proper.

Dated: March 15, 2023,                                Respectfully submitted,

*/s/ Cecilia Torello*
Juan Serrano, Esq.
Florida Bar No.: 319510
Cecilia Torello, Esq.
Florida Bar No.: 1018230
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
Ctorello@griffinserrano.com

Brian T. Maye
(admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax: (312) 345-9860
Email: bmaye@amm-law.com
Firm ID: 32597

*Counsel for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail pursuant to Fla. R. Jud. Admin. 2.516, to all parties on the attached service list.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Frontier Airlines
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/*s*/ Cecilia Torello
Juan R. Serrano
Florida Bar No.: 319510
Cecilia Torello
Florida Bar No.: 1018230

## SERVICE LIST

Channing Hutchins
6921 Breckwood Drive
Huber Heights, Ohio 45424
channinghutchins@outlook.com