# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                              Case No.: 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

    Defendants.
_____/

## **FRONTIER AIRLINES, INC.'S NOTICE REGARDING MEDIATION**

Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, hereby submits the following Notice Regarding Mediation as required by this Court's Order entered on February 17, 2023:

1. Frontier and Plaintiff, Mr. Channing Hutchins, (collectively "the Parties") have conferred regarding mediation.

2. By agreement, the Parties have chosen Michael A. Siboni of Siboni & Buchanan, PLLC located in Ocala, FL. The mediation will take place at the law office of Griffin & Serrano, PA located in Fort Lauderdale, Florida.

3. The Parties have tentatively agreed to a potential mediation date of June 9, 2023. However, this mediation date is subject to change upon the appearance of Defendants Palm Beach County Department of Airports and Palm Beach County Sheriff Office.[1]

---

[1] Upon the appearance of Defendants Palm Beach County Department of Airports and Palm Beach County Sheriff Office, it is anticipated that the Parties will file a Joint Proposed Scheduling Order pursuant to Local Rule 16.1.

Dated: March 17, 2023                              Respectfully submitted,

                                                                                                               /s/ Cecilia Torello
Cecilia Torello, Esq.
Juan Serrano, Esq.
Florida Bar No.: 319510
Cecilia Torello, Esq.
Florida Bar No.: 1018230
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
Ctorello@griffinserrano.com

Brian T. Maye
(admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax: (312) 345-9860
Email: bmaye@amm-law.com

*Counsel for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail pursuant to Fla. R. Jud. Admin. 2.516, and U.S. Mail to Mr. Channing Hutchins at 6921 Breakenwood Drive, Dayton, Ohio 45424 on March 17, 2023, to all parties on the attached service list.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Frontier Airlines
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/s/ Cecilia Torello
Juan R. Serrano
Florida Bar No.: 319510
Cecilia Torello
Florida Bar No.: 1018230

## SERVICE LIST

Channing Hutchins
6921 Breckwood Drive
Huber Heights, Ohio 45424
channinghutchins@outlook.com