UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MR. CHANNING HUTCHINS,

Plaintiff,

vs.

FRONTIER AIRLINES INCORPORATED,

PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS

PALM BEACH COUNTY SHERIFF OFFICE

Defendant

Case No.: 23-CV-80210-ROSENBERG

## SUMMONS IN A CIVIL ACTION

TO: (Defendants name and address)

      Palm Beach Counties Department of Airports
      CC: County Attorney Office
      300 North Dixie Highway, Suite 359
      West Palm Beach, Florida 33401

A lawsuit has been filed against you.

You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Mr. Channing Hutchins
      6921 Breckenwood Drive
      Dayton, Ohio 45424
      (305) 462-5146

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MR. CHANNING HUTCHINS,

Plaintiff,

vs.

FRONTIER AIRLINES INCORPORATED,

PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS

PALM BEACH COUNTY SHERIFF OFFICE

Defendant

Case No.: ●●●● ● ●●●●●●●● ● ●●● ●●●● ●●●●●●●●●●●●●●●●●●●●

**SUMMONS IN A CIVIL ACTION**

TO: (Defendants name and address)

        Palm Beach County Sheriff Office
        3228 Gun Club Road
        West Palm Beach, Florida 33460

A lawsuit has been filed against you.

You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mr. Channing Hutchins
        6921 Breckenwood Drive
        Dayton, Ohio 45424
        (●●●●●●●●●●●●●●●●●●●●●●●

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date: