**RK2022040307 - (CHANNING HUTCHINS) GZ1977**

ⓘ You forwarded this message on Tue 4/25/2023 9:06 AM

K  kim.reagan@dot.gov
   Tue 4/19/2022 9:08 AM    View more

U.S. Department of Transportation
Office of the Secretary of Transportation
GENERAL COUNSEL
1200 New Jersey Ave., S.E.
Washington, DC 20590

Case # RK2022040307

Dear Mr. Hutchins:

This responds to your communication regarding Frontier Airlines. The U.S. Department of Transportation seeks to ensure that all airline passengers are treated fairly. Complaints from consumers are helpful to us in determining whether airlines are in compliance with our rules and to track trends or spot areas of concern that warrant further action.

I will forward your complaint to the airline and will ask the company to respond directly to you. Airlines are required to provide a substantive response to the complainant within 60 days. If you have not received a reply within this time frame, please let me know via return email. Be sure to include your name and case number (see above).

I have entered your complaint in our computerized industry monitoring system, and it will be counted among the number of complaints filed against this airline in our monthly Air Travel Consumer Report. This report allows consumers and air travel companies to compare the complaint records of individual airlines and tour operators. The data in this report also serve as a basis for rulemaking, legislation and research. Consumer information for air travelers, including the Air Travel Consumer Report and our pamphlet Fly-Rights, a Consumer's Guide to Air Travel, can be found on our website, www.transportation.gov/airconsumer.

Thank you for taking the time to contact us.

Sincerely,

Kim Reagan
Office of Aviation Consumer Protection

| Case Number: RK2022040307 | | | | | |
|---|---|---|---|---|---|
| Consumer Information | | | | | |
| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home Phone |
| AA | MR. CHANNING HUTCHINS | 6921 BRECKENWOOD DRIVE HUBER HEIGHTS OH | CHANNINGHUTCHINS@OUTLOOK.COM | (305) 462-5146 | (305) 432-5146 |

↩ ∨  Reply

**Description of Problem/Inquiry**

The complaint should note scenario 2 from the "guidance for airline personnel on non-discrimination in air-travel." 1.There was not an issue expressed that was a risk of a threat or harm. 2.The airline alleged that there was an unpleasant odor. 3.The airline rebooked a flight with a different carrier at a later date. 4.The airline and authorities verified that there was not an odor coming from me.

CH   Wed 4/20/2022

↩ Reply