UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, | Case No.: 23-CV-80210-ROSENBERG |
| Plaintiff, | |
| vs. | LETTER TO JUDGE ROSENBERG |
| FRONTIER AIRLINES, | |
| Defendant | |

FILED BY ₱CS D.C.

APR 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dear Judge Rosenburg and to the Court

(1) I apologize for administering a moot request by filing a motion. For Jury Trial. The information provided by the Clerk of the Court and the paperwork filed by opposing Counsel, along with online public sites had indicated that this was not completed. Thank you for your attention with the initial filings at the Fifteenth Judicial Circuit Court. (2) You will notice that I have attached the Summons to be administered by the Clerk's office, but I do not believe that it is necessary for them to be served as they should have been notified by Opposing Counsel at the time of case transfer; However, Fed Ex mistakenly failed to deliver all of the documents on the filing and has caused a delay in serving the parties as requested by the Court. (3) Once the Summons have been issues, I will serve the documents immediately. Again, I sincerely apologize for any confusion. (4) A request has been made to Frontier Airlines for the production of documents, statements and confirmation of the breach of contract on March 13, 2023, and says:

    (a) We need to gather the names of the pilot, co-pilot, flight attendants, and the claimant that alleged the odor.

    (b) We will need their individualized statement; Pilot will need to be specific to the classification of safety concerns or how an odor is a safety concern.

    (c) We will need to get me a copy of the mandatory safety report that should have been submitted to the federal regulator. It was not listed as a safety event or deviation upon checking.

(d) We need a copy of Frontier Airlines Policies and procedures, including safety and discretion.

(e) We need a list of each passenger removal from Frontier Airlines aircraft, confinement or deviation in route due to passenger safety and/or security.

(f) We should acknowledge the government funding and the expected date of refund the fare paid for the ticket.

Dated this 17 of April, 2023.

_____
Channing Hutchins