UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MR. CHANNING HUTCHINS,

Plaintiff,

vs.

FRONTIER AIRLINES INCORPORATED,

PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS

PALM BEACH COUNTY SHERIFF OFFICE

Defendant

Case No.: 23-CV-80210-ROSENBERG

FILED BY _____ MS _____ D.C.

APR 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**JOINT SCHEDULING REPORT**

The Plaintiff has taken monumental strides to resolve the matter with Frontier Airlines, and tried to negotiate the settlement by offering a final demand; However, unless acceptance of the offer is agreed by April 17, 2023, we will no longer be willing to compromise the claim.

*[signature]*

Channing Hutchins

April 7, 2023

Date: