FILED BY _____ D.C.

APR 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES INCORPORATED,<br><br>    Defendant | Case No.: 23-CV-80210-ROSENBERG<br><br><br>EXTENSION |

Extension to Respond

    I, Mr. Channing Hutchins, am requesting for a extension to deliver clarification to the cause of actions 1 & 4, and as I require additional time to professionally research and respond accordingly. In addition, I have had Newton's Laws of Motion proving to be vigilant and valid, as I have had some pressures pushing me backwards with my anxiety. I am requesting an additional 7-14 days to respond.

However, it appears to me that the Court has made the correct inference's in regards to the case, and should determine Frontier Airlines Incorporated has engaged in discrimination, "by placing substantial negative reliance on illegitimate criterion," it was merely racial animus that motivated the airlines employees' actions, instead of an actual safety or security concern, as the nature normally requires significantly heightened risks or precautions, and again confirm that I did not present any type unbearable odor and I did not smell bad; I experienced weird eye gazes and chatter on both the airplane and at the terminal. (Price Waterhouse v. Hopkins, 490 U.S. 228, 277 (1989) (O'Connor, J., concurring); [9] Venters v. City of Delphi, 123 F.3d 956, 972 (7th Cir. 1997).

Frontier Airlines Incorporated engaged in a breach of contract of which denied his enjoyment and privileges that other white citizens were able to enjoy, held the Plaintiff to additional standards and criterion that was not expressed in the contract, or that other passengers were obligated to follow and racially profiled based on the fact of being African American.

I tried to exhaust of possible remedies for this case and filed a complaint with the Department of Transportation, Office of Civil Rights. The department notified the Plaintiff that they received the complaint and that they were investigating the matter, but they never returned any additional correspondences, even with follow-up emails. Mr. Hutchins reached out to multiple Civil Rights and Human Rights commissioned agencies, and was advised that the complaints didn't fall under their jurisdiction.

I have attempted to resolve the matter directly with the airline for over 3 years and they have disregarded each step, and they received the notification of the administrative complaint filed, and they have been uncooperative.

Respectfully,

Channing Hutchins

April 24, 2023

Align top of FedEx Expr

FedEx Office
1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

FXF640852506

CHANNING HUTCHINGS
PAUL G ROGERS
701 CLAMATIS ST
RM 202
WEST PALM BEACH, FL 33401
(561) 803-3400

1 of 1    OTP #
Commit: 04/25 05:00 PM

TRK
Mstr

Enve