**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                            Case No.: 23-CV-80210-ROSENBERG

      Plaintiff,
v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

      Defendants.
_____/

**FRONTIER AIRLINES, INC.'S NOTICE REGARDING MEDIATION**

      Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, hereby submits the following Notice Regarding Mediation as required by this Court's Order entered on July 21, 2023:

      1.    Frontier and Plaintiff, Mr. Channing Hutchins, (collectively "the Parties") have conferred regarding mediation.

      2.    Mediation is planned for Wednesday, August 16, 2023 at 8:30 a.m. CST via virtual format with Tim Malloy of Malloy Mediation located in Tampa, Florida.

Dated: July, 26, 2023                    /s/ Steven Lehner_____

                                              Steven Lehner
                                              Florida Bar No. 39373
                                              HINSHAW & CULBERTSON LLP
                                              100 South Ashley Drive, Suite 500
                                              Tampa, Florida 33602
                                              Phone: 813-868-8850
                                              Fax: 813-276-1956
                                              E-mail: slehner@hinshawlaw.com

                                                                   & 

Brian T. Maye
(admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 4
Fax: (312) 704-3001
E-mail: bmaye@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*