# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-80210-ROSENBERG/REINHART

| | |
|---|---|
| CHANNING HUTCHINS, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. |
| FRONTIER AIRLINES, INC., and PALM BEACH COUNTIES DEPARTMENT OF AIRPORTS, and PALM BEACH COUNTY SHERIFF OFFICE | |
| Defendants | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Frontier Airlines, Inc. hereby substitutes Steven Lehner, Hinshaw & Culbertson LLP, as local counsel of record in place of Juan Serrano and Cecilia Torello, Griffin & Serrano. The requested substitution follows the merger of Adler Murphy & McQuillen LLP, the former law firm of national counsel for Frontier Airlines, Brian Maye, and Hinshaw & Culbertson. Following the merger, which took effect on April 1, 2023, Adler Murphy & McQuillen LLP changed its name to Hinshaw & Culbertson LLP. All future reference to the firm representing Frontier in this matter should be to Hinshaw & Culbertson LLP. Brian Maye's address is now 151 N. Franklin Street, Suite 2500, Chicago, Illinois 60606, and his email address is bmaye@hinshawlaw.com. His telephone number remains the same: 312-422-5713.

Dated: July 27, 2023

Respectfully submitted,

/s/ Steven D. Lehner
Steven D. Lehner, Esq.
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP

313476131.v1

100 South Ashley Drive Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-436-8738
slehner@hinshawlaw.com

Brian T. Maye (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail: bmaye@hinshawlaw.com

/s/ Juan Serrano (with consent)

Juan Serrano, Esq.
Florida Bar No. 319510
GRIFFIN & SERRANO, PA
707 S.E. 3rd Avenue, 6th Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
Ctorello@griffinserrano.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Steven D. Lehner