**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                    Case No.: 23-CV-80210-ROSENBERG

      Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brittany N. Christianson of the law firm of Hinshaw & Culbertson LLP, 151 N. Franklin St., Suite 2500, Chicago, Illinois 60606, 312-704-3000, for purposes of appearance as co-counsel on behalf of Frontier Airlines, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brittany N. Christianson to receive electronic filings in this case, and in support thereof states as follows:

1.     Brittany N. Christianson is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois (Bar Number: 6335692) and the United States District Court for the Eastern District of Michigan.

1

2.      Movant, Steven D. Lehner, Esquire, of the law firm of Hinshaw & Culbertson LLP, 100 South Ashley Drive, Suite 1310, Tampa, Florida 33602, 813-868-8850, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Brittany N. Christianson has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Brittany N. Christianson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brittany N. Christianson at email address: bchristianson@hinshawlaw.com.

WHEREFORE, Steven D. Lehner, moves this Court to enter an Order to Brittany N. Christianson appear before this Court on behalf of Frontier Airlines, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brittany N. Christianson.

Date: August 1, 2023                           Respectfully submitted,

*/s/  Steven Lehner*                               

Steven Lehner
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 500
Tampa, Florida 33602
Phone: 813-868-8850
Fax: 813-276-1956
E-mail: slehner@hinshawlaw.com

&

Brittany N. Christianson
(seeking *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 704-3000
Fax: (312) 704-3001
E-mail: bchristianson@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*