**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                            Case No.: 23-CV-80210-ROSENBERG

      Plaintiff,
v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

      Defendants.
_____/

**CERTIFICATION OF BRITTANY N. CHRISTIANSON**

Brittany N. Christianson, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of Illinois (Bar Number: 6335692) and the United States District Court for the Eastern District of Michigan; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                            */s/ Brittany N. Christianson*
                                                                                            BRITTANY N. CHRISTIANSON