UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                     Case No.: 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

    Defendants.
_____/

**FRONTIER AIRLINES, INC.'S NOTICE OF FILING MEDIATOR'S REPORT**

    Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, hereby submits the following Notice of Filing Mediator's Report as required by this Court's Order entered on August 23, 2023 and Local Rule 16.2(f)(1)(b):

    1.    Frontier and Plaintiff, Mr. Channing Hutchins, (collectively "the Parties") engaged in mediation via Zoom on August 16, 2023 with Mr. Tim Malloy of Malloy Mediation.

    2.    Mr. Malloy completed a mediation report attached hereto as Exhibit A.

Dated: August 28, 2023

/s/ *Steve D. Lehner*

Steven D. Lehner
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 1310
Tampa, Florida 33602
Phone: 813-868-8850
Fax: 813-276-1956
E-mail: slehner@hinshawlaw.com

&

Brian T. Maye

1

(admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 4
Fax: (312) 704-3001
E-mail: bmaye@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, a copy of the foregoing was sent via electronic mail to Channing Hutchins at channinghutchins@outlook.com.

/s/ *Brittany N. Christianson*

Brittany N. Christianson (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
bchristianson@hinshawlaw.com