**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                      Case No.: 23-CV-80210-ROSENBERG
Plaintiff,

    v.

FRONTIER AIRLINES, INC.;
PALM BEACH COUNTIES DEPARTMENT
OF AIRPORTS; and PALM BEACH
COUNTY SHERIFF OFFICE,

 Defendants.
_____/

## REPORT OF MEDIATOR

The undersigned Mediator reports as follows:

A. A mediation conference was conducted on: August 16, 2023
B. The conference resulted in the following:

    The parties reached an impasse.

<u>Attendance</u>: Plaintiff attended Pro-Se. A Representative of Defendant Frontier Airlines attended along with Defense Counsel Brittany Christianson and Brian Maye.

Dated: August 24, 2023                          *Timothy F. Malloy*
                                                      Signature of Mediator

                                                   Timothy F. Malloy
                                                   301 W. Platt Street Ste 347
                                                   Tampa, FL 33606
                                                   813-431-6653

    Copies furnished to:
        Channing Hutchins
        Defense Counsel for Frontier Airlines