```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3                      WEST PALM BEACH DIVISION
 4
 5  CHANNING HUTCHINS,
 6  Plaintiff,
 7  vs.            Case No.: 12-CV-80210-ROSENBERG/REINHART
 8  FRONTIER AIRLINES, INC.,
 9  Defendant
10
11
12                   CERTIFICATE OF NON-APPEARANCE
13          I, Michelle Byrd, Court Reporter, do hereby
14  certify that I was present at 100 South Ashley Drive, Suite
15  1310, Tampa, Florida 33602, on Thursday, August 3, 2023,
16  for the purpose of reporting the deposition of CHANNING
17  HUTCHINS, scheduled to begin at 10:00 a.m., and that by
18  10:08 a.m., said CHANNING HUTCHINS had not appeared for the
19  deposition.
20          IN WITNESS WHEREOF, I have hereunto set my hand
21  this 9th day of August 2023.
22
23
24                          _____
25                          Michelle Byrd, Court Reporter
```

DEFENDANT'S EXHIBIT A