

**PALM BEACH COUNTY**
## SHERIFF'S OFFICE
*RIC L. BRADSHAW, SHERIFF*

# *Records Authentication Form*
# Pursuant to FSS 119.07 (1)

August 10, 2023

Reference: **I373012-080223**

## VERIFICATION BY LAW ENFORCEMENT AGENCY

I, ___Amy Cisco___ ID# _8184_, an employee of the Palm Beach County Sheriff's Office certify that the information contained above or attached, is a true and accurate copy and are records maintained by this agency.

_____
Signature, ID #, and Date

Amy Cisco ID # 8184.
Print name & ID #

Central Records Specialist II
Title

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to (or affirmed) and subscribed before me this _10th_ day of _Aug_, 20_23_, by _Amy Cisco_.

ANDREINA ESPINOZA
Commission # HH 399688
Expires May 17, 2027

(NOTARY SEAL)          Signature: _____

Personally Known _____ or Produced Identification _✓_ Type of Identification Produced _FL DL-C200-002-80-781-0_

DEFENDANT'S EXHIBIT B

```
              P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE   1
    CASE NO. 19024810                     O F F E N S E   R E P O R T                      CASE NO. 19024810
                                                            DISPOSITION: ZULU
                                                            DIVISION: AIRPORT
911:
TRESPASSING NON CRIME                   *                    *                    *
SIGNAL CODE: 51     CRIME CODE:   NON CRIME CODE: OT   CODE: 9551  DATE: 01/11/19      FRIDAY
ZONE: E01 GRID:         DEPUTY I.D.:   7717 NAME: ANDREWS MELISSA ASSIST:    TIME D 1913 A 1913 C 1923
OCCURRED BETWEEN DATE: 01/11/19 , 1730 HOURS AND  DATE: 01/11/19 , 1830 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 1000        PBIA                  BD   APT. NO.:
            CITY: WPB                    STATE: FL      ZIP: 33406

NO. OFFENSES: 00 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: AIRPORT
NO. VICTIMS: 00 NO. ARRESTED:  0  FORCED ENTRY: 0


NAME LIST:
     ROLE:
OTHER                    CHANNING HUTCHINS              DOB: 11/08/1987
                     SEX: M RACE: B HT: 602 WT: 210 HR: BLACK    EYE: BROWN
BUSINESS PHONE: 561 000-0000
OTHER                    LENNY SERRATORE               DOB: 07/12/1965
                     SEX: M RACE: W HT: 509 WT: 175 HR: BALD    EYE: BROWN
BUSINESS ADDRESS: 1000 PBIA BLVD, WPB, FL 33406                BUSINESS PHONE:561 471-7420
..
    REPORT NUMBER: 1
FLORIDA VICTIM ? N


          ON JAN 11, 2019 AT APPROXIMATELY 1705 HRS, WHILE ON FOOT PATROL AT THE
     PALM BEACH INTERNATIONAL AIRPORT, I RESPONDED TO THE 2ND LEVEL ATRIUM AREA IN
     REFERENCE TO A SUSPICIOUS PERSON.
          AS I ARRIVED, DOA AGENT LENNY SERRATORE WAS ALREADY PRESENT TALKING TO A
     BLACK MALE, LATER KNOWN AS CHANNING HUTCHINS.  HUTCHINS REFUSED TO PRODUCE A
     BOARDING PASS TO PROVE HE HAD BUSINESS AT THE AIRPORT.  I HAD OBSERVED
     CHANNING IN THE AIRPORT FOR THE PAST 3 DAYS AND EARLIER TODAY WHEN I INQUIRED
     ABOUT HIM, I WAS TOLD BY A CO WORKER THAT HE HAD BEEN CHECKED OUT AND HAD A
     BOARDING PASS FOR 3:17 WITH FRONTIER AIRLINES.  CHANNING STATED THAT HE WENT
     DOWN CONCOURSE C AND ONCE HE WAS AT THE GATE, HE WENT TO CHARGE HIS PHONE.
     WHEN HE LOOKED, THE DOOR TO THE AIRCRAFT HAD BEEN CLOSED, THEREFORE HE MISSED
     HIS FLIGHT.  HE WAS REBOOKED ON THE NEXT AVAILABLE FLIGHT WHICH WAS ON MONDAY,
     JAN 14TH.  THIS WAS CONFIRMED WITH A FRONTIER AGENT AT THE TICKET COUNTER.
```

------------------------------------------------------------------------
                                        *printed by Employee Id #: 8184  on  August 10, 2023 09:16:53AM*
------------------------------------------------------------------------

P A L M   B E A C H   C O U N T Y   S H E R I F F S   O F F I C E          PAGE   2

CASE NO. 19024810                    O F F E N S E   R E P O R T              CASE NO. 19024810

                                                    DISPOSITION: ZULU

        LENNY ADVISED THAT CHANNING COULD NOT STAY AT THE AIRPORT UNTIL MONDAY SINCE
IT APPEARED THAT HE PURPOSELY MISSED HIS FLIGHT.
        CHANNING STATED THAT HE WAS HOMELESS, HAD NO MONEY, NO IDENTIFICATION AND
WAS TRYING TO GET BACK HOME TO OHIO.  CHANNING WAS GIVEN A TRESPASS WARNING
AND TOLD NOT TO COME BACK ONTO AIRPORT PROPERTY UNTIL THE DAY OF HIS FLIGHT,
OTHERWISE HE WOULD BE ARRESTED.  HE UNDERSTOOD AND LEFT THE PROPERTY WITHOUT
INCIDENT.
        THIS CONCLUDES MY INVOLVEMENT IN THE CASE.
D/S ANDREWS, ID# 7717
TRANS: 011618/PC (COPIED-PASTED/VERBATIM)

---

---

8/10/2023



# Palm Beach County Sheriff's Office
## Incident Details

### Detail

| Incident ID | Report Number | Incident Date | Initial Type | Current Type | Source | Status | Initial Priority | Current Priority |
|---|---|---|---|---|---|---|---|---|
| 201900033331 | | 01/11/2019 16:57:51 | 76 - ASST TO ANOTHER DEPARTMENT | 76 - ASST TO ANOTHER DEPARTMENT | PHONE | Inactive | 4 | 4 |

### Location

| Location | City | Zip | Floor | Apartment | Building | Latitude |
|---|---|---|---|---|---|---|
| PBIA @ 3200 BELVEDERE RD(LVL 2 ATRIUM) | UNINCORPORATED | 33406 | | | | 26.68958079 |

| Intersection | Subdivision | District | Beat | Area | Sector | Longitude |
|---|---|---|---|---|---|---|
| | | 0 | E1 | PBIA | PBIA | (80.08701421) |

## There are no Premise Hazards listed

### People

| OTHER | Apartment | Address |
|---|---|---|
| HUTCHINS, CHANNING | | |

| Phone | Building | City |
|---|---|---|
| | | |

| Birthdate | Gender | DriversLicense |
|---|---|---|
| 11/8/1987 | M | - OH |

### Call Taker

| Device ID | Received | Created by | Call Source | |
|---|---|---|---|---|
| PBIAR2 | | Lisa Walters | | |

### Time Stamps

| Created | Saved | First Unit Dispatched | First Unit Enroute | First Unit Arrived | Route Closed | Last Update |
|---|---|---|---|---|---|---|
| 01/11/2019 16:57:08 | 01/11/2019 16:57:51 | 01/11/2019 16:58:14 | 01/11/2019 16:59:34 | 01/11/2019 16:59:34 | 01/11/2019 17:54:19 | 01/11/2019 18:57:48 |

| Created to Saved | Saved to Dispatched | Created to Dispatched | Dispatched to Enroute | Enroute to Arrived | Arrived to Closed | Total |
|---|---|---|---|---|---|---|
| 00:00:42 | 00:00:23 | 00:01:05 | 00:01:19 | 00:00:00 | 00:54:45 | 00:57:10 |



## Palm Beach County Sheriff's Office
### Incident Details

| CallSign | Disp 1 | Disp 2 | Disp 3 | Disp 4 | Disp 5 | Dispatch Time | Enroute Time | Arrived Time | Clear Time | Badge | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APA42 | C | | | | | 01/11/2019 16:58:14 | 01/11/2019 17:01:02 | 01/11/2019 17:01:02 | 01/11/2019 17:54:19 | 7717 | Melissa J. Andrews |
| K940 | BU | | | | | 01/11/2019 17:47:09 | | | 01/11/2019 17:54:08 | 5471 | Robert K. Schroder |
| K941 | BU | | | | | 01/11/2019 17:23:40 | 01/11/2019 17:23:44 | 01/11/2019 17:23:44 | 01/11/2019 17:54:14 | 5545 | Michele R Shaffer |
| K940 | BU | | | | | 01/11/2019 16:58:25 | 01/11/2019 16:59:34 | 01/11/2019 16:59:34 | 01/11/2019 17:47:05 | 5471 | Robert K. Schroder |

Comments

| Comment Date | User ID | Call Sign | Device | |
|---|---|---|---|---|
| 01/11/2019 18:57 | 8446 | | PBIAR2 | |
| **AFTER CALL WAS CLOSES, APA42 ADV FIR THEN A REPORT NUMBER WAS REQUESTED** | | | | |
| 01/11/2019 17:27 | 25038 | | PBIAR1 | |
| ███████ NCIC/FCIC ███████...1039 UNIT VIA LL | | | | |
| 01/11/2019 17:25 | 25038 | | PBIAR1 | |
| Pers 1\|HUTCHINS, CHANNING: HUTCHINS,CHANNING LAMAR JR ████████ NCIC/FCIC ████████ | | | | |
| 01/11/2019 16:58 | 8446 | | PBIAR2 | |
| OPS 2 IS WITH THE SUBJECT POSSIBLY HOMELESS MALE WHO HAS NO WHERE TO GO FOR 4 DAYS | | | | |
| 01/11/2019 16:57 | 8446 | | PBIAR2 | |
| REF A WM APPROX 25 YOA W/A BEARD BEING ASKED TO LEAVE BY DOA | | | | |

No Vehicles are associated with this Incident

No Associated Incidents Exist

Redaction Date:  8/10/2023 9:45:27 AM

# Redaction Log

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 2 | NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC. FSS 943.053, 943.0525 | 2 |

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC. FSS 943.053, 943.0525 | 2(2) |



## Palm Beach County Sheriff's Office
## Incident Details

**Detail**

| Incident ID | Report Number | Incident Date | Initial Type | Current Type | Source | Status | Initial Priority | Current Priority |
|---|---|---|---|---|---|---|---|---|
| 201900033629 | 19024810 | 01/11/2019 19:13:30 | 51 - TRESPASSING | 51 - TRESPASSING | SELF INITIATE | Inactive | 3 | 3 |

**Location**

| Location | City | Zip | Floor | Apartment | Building | Latitude |
|---|---|---|---|---|---|---|
| PBIA @ 3200 BELVEDERE RD(2ND LEVEL ATRIUM) | UNINCORPORATED | 33406 | | | | 26.68958079 |

| Intersection | Subdivision | District | Beat | Area | Sector | Longitude |
|---|---|---|---|---|---|---|
| | | 0 | E1 | PBIA | PBIA | (80.08701421) |

There are no Premise Hazards listed

People have not been associated with this Incident

**Call Taker**

| Device ID | Received | Created by | Call Source | |
|---|---|---|---|---|
| PBIAR2 | | Lisa Walters | | |

**Time Stamps**

| Created | Saved | First Unit Dispatched | First Unit Enroute | First Unit Arrived | Route Closed | Last Update |
|---|---|---|---|---|---|---|
| 01/11/2019 19:13:30 | 01/11/2019 19:13:30 | 01/11/2019 19:13:30 | 01/11/2019 19:13:30 | 01/11/2019 19:13:30 | 01/11/2019 19:23:00 | 01/11/2019 19:23:00 |

| Created to Saved | Saved to Dispatched | Created to Dispatched | Dispatched to Enroute | Enroute to Arrived | Arrived to Closed | Total |
|---|---|---|---|---|---|---|
| 00:00:00 | 00:00:00 | 00:00:00 | 00:00:00 | 00:00:00 | 00:09:29 | 00:09:29 |

| CallSign | Disp 1 | Disp 2 | Disp 3 | Disp 4 | Disp 5 | Dispatch Time | Enroute Time | Arrived Time | Clear Time | Badge | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APA42 | C | | | | | 01/11/2019 19:13:30 | | 01/11/2019 19:13:30 | 01/11/2019 19:23:00 | 7717 | Melissa J. Andrews |



**Palm Beach County Sheriff's Office**
**Incident Details**

**Comments**

| Comment Date | User ID | Call Sign | Device | |
|---|---|---|---|---|
| 01/11/2019 19:16 | 8446 | | PBIAR2 | |
| APA42--S/51 CN REF EARLIER S/76 W/DOA DISPATCHER ASSOCIATED EV 201900033331 | | | | |

No Vehicles are associated with this Incident

No Associated Incidents Exist



# SHERIFF'S OFFICE

## Field Interview Report #: 488445

---

### Incident Information

| District: | Zone: | Date: | Time: | Case Number: |
|---|---|---|---|---|
| Airport | N/A | 01/11/2019 | 17:05 | 19024809 |

**Location of Interview:**      **Reason for Interview:**
1000 PBIA BLVD      Suspicious Person

| City: | Zip: | Incorporated City: | Business Name: |
|---|---|---|---|
| West Palm Beach | 33406 | No | PALM BEACH INTERNATIONAL AIRPORT |

**Trespass Warning Issued:**      **Trespass OAN # (If Known):**
Yes      N/A

You are now entering a trespass warning.This system CANNOT be used to document trespass warnings in county parks.
This person will be subject to arrest for ONE year from date of entry.
If no trespass affidavit is on file the authorizing representative information must be required.

---

### Subject Information

| Last Name: | First Name: | Middle Name: | Suffix: | Nick Name / Alias: |
|---|---|---|---|---|
| HUTCHINS | CHANNING | LAMAR | N/A | N/A |

| Race: | Sex: | D.O.B.: | Height: | Weight: |
|---|---|---|---|---|
| Black | Male | 11/08/1987 | 6'02 | 100 |

| Hair Color: | Eye Color: | ID # / DL # / Other ID: | State for ID: | Place of Birth: |
|---|---|---|---|---|
| Brown | Brown | N/A | OHIO | N/A |

| DNA Taken: | To Evidence: | Social Security #: |
|---|---|---|
| No | No | N/A |

#### Subject Photos

**Home Address:**
AT LARGE

| County: | City: | State: | Zip: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Home Phone: | Work Phone: | Cell Phone: | Cell Provider: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

#### Clothing Description

| Shirt: | Pants: | Shoes: | Other: |
|---|---|---|---|
| GREY SEWATER | BLACK JEANS | GREY SNEAKERS | BROWN KNIT HAT |

---

### Employement and School Information

| Employment: | | Occupation: | |
|---|---|---|---|
| N/A | | N/A | |

**Employment Address:**
N/A

| School: | Grade: | Truant: | Student ID: |
|---|---|---|---|
| N/A | N/A | No | N/A |

**SHERIFF'S OFFICE**

**School Address:**
N/A
**Released To:**
N/A

Physical Characteristics Information

Hair
N/A
**Comments:**
N/A

Facial Features:
N/A
**Comments:**
N/A

Complexion
N/A
**Comments:**
N/A

Teeth
N/A
**Comments:**
N/A

Special Identifiers
N/A
**Comments:**
N/A

Right/Left Handed
N/A
**Comments:**
N/A

Scars/Marks
N/A
**Comments:**
N/A

Build
N/A
**Comments:**
N/A

Tattoo Information

**SHERIFF'S OFFICE**

| Location: | Description of Tattoo: | Date Photo Taken: | Time Photo Taken: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Tattoo Photos

| Photos Taken By Name: | ID Number: | Division: |
|---|---|---|
| N/A | N/A | N/A |

Associate Information

| Last Name: | First Name: | Date of Birth: | Nick Name / Alias: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Address:
N/A

| City: | State: | Zip: |
|---|---|---|
| N/A | N/A | N/A |

| Home Phone: | Cell Phone: | Cell Provider: |
|---|---|---|
| N/A | N/A | N/A |

Vehicle Information

| Year: | Make: | Model: | Style: | VIN: |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Tag: | Tag State: | Year Exp: | Color: | Special Identifiers: |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

Gang Information

| Gang Affiliation: | Gang Colors: |
|---|---|
| N/A | N/A |

| Graffiti: | Status in Gang: |
|---|---|
| N/A | N/A |

| Hand Signs/Description: | Symbols: |
|---|---|
| N/A | N/A |

Criminal Street Gang Member - (FSS 874.03) Must Meet Two Criteria

Criminal Street Gang Associate - A person Who Meets One of the Following Criteria

Comments

# SHERIFF'S OFFICE

**Comments for Incident:**

ON TODAYS DATE AND TIME, I ENCOUNTERED A BLACK MALE, IDENTIFIED AS CHANNING HUTCHINS, IN THE ATRIUM AREA. DOA AGENT, LENNY SERRATORE ADVISED THAT HE TOLD CHANNING THAT IF HE DIDNT HAVE A BOARDING PASS, THAT HE HAD TO LEAVE AIRPORT PROPERTY. CHANNING HAD BEEN APPROACHED 2 ADDITIONAL TIMES, LAST NIGHT AND EARLY THIS MORNING AND SHOWED A BOARDING PASS FOR FRONTIER AIRLINES, FOR TODAY AT 3:17PM. CHANNING WENT DOWN CONCOURSE C AND AS THE FLIGHT WAS BOARDING, HE WENT TO CHARGE HIS CELL PHONE. HE THEN LOOKED OVER AND THE DOOR TO GET ON THE PLANE HAD CLOSED. HE THEN CALLED FRONTIER CUSTOMER SERVICE LINE AND WAS RESCHEDULED FOR THE NEXT AVAILABLE FLIGHT WHICH IS MONDAY JANUARY 14TH AT 3:17PM. THIS WAS CONFIRMED WITH A FRONTIER AGENT AT THE TICKET COUNTER. DOA AGENT, LENNY SERRATORE, ISSUED A TRESPASS WARNING TO CHANNING HUTCHINS AND STATED THAT HE COULD NOT RETURN BACK TO AIRPORT PROPERTY UNTIL THE DAY OF HIS FLIGHT, OTHERWISE HE WOULD BE ARRESTED. HE LEFT THE PROPERTY WITHOUT INCIDEN

| Entered By | | |
|---|---|---|
| **D/S Name:** | **ID Number:** | **Division:** |
| Andrews, Melissa J. | 7717 | Airport (4050) |



# Palm Beach County Sheriff's Office
## Incident Details

### Detail

| Incident ID | Report Number | Incident Date | Initial Type | Current Type | Source | Status | Initial Priority | Current Priority |
|---|---|---|---|---|---|---|---|---|
| 201900039583 | | 01/14/2019 02:34:15 | 13P - SUSPICIOUS PERSON | 13P - SUSPICIOUS PERSON | PHONE | Inactive | 3 | 3 |

### Location

| Location | City | Zip | Floor | Apartment | Building | Latitude |
|---|---|---|---|---|---|---|
| PBIA @ 3200 BELVEDERE RD(CKPT C MEET & GREET) | UNINCORPORATED | 33406 | | | | 26.68958079 |

| Intersection | Subdivision | District | Beat | Area | Sector | Longitude |
|---|---|---|---|---|---|---|
| | | 0 | E1 | PBIA | PBIA | (80.08701421) |

There are no Premise Hazards listed

### People

| INITIAL CALLER | Apartment | Address |
|---|---|---|
| COMM CENTER, | | |

| Phone | Building | City |
|---|---|---|
| | | |

| Birthdate | Gender | DriversLicense |
|---|---|---|
| | - | |

### Call Taker

| Device ID | Received | Created by | Call Source | |
|---|---|---|---|---|
| PBIAR2 | | Sophia Reyes | | |

### Time Stamps

| Created | Saved | First Unit Dispatched | First Unit Enroute | First Unit Arrived | Route Closed | Last Update |
|---|---|---|---|---|---|---|
| 01/14/2019 02:32:55 | 01/14/2019 02:34:15 | 01/14/2019 02:34:28 | 01/14/2019 02:35:01 | 01/14/2019 02:36:52 | 01/14/2019 02:47:51 | 01/14/2019 02:47:51 |

| Created to Saved | Saved to Dispatched | Created to Dispatched | Dispatched to Enroute | Enroute to Arrived | Arrived to Closed | Total |
|---|---|---|---|---|---|---|
| 00:01:19 | 00:00:13 | 00:01:32 | 00:00:32 | 00:01:51 | 00:10:58 | 00:14:55 |



# Palm Beach County Sheriff's Office
## Incident Details

| CallSign | Disp 1 | Disp 2 | Disp 3 | Disp 4 | Disp 5 | Dispatch Time | Enroute Time | Arrived Time | Clear Time | Badge | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APB41 | FIR | | | | | 01/14/2019 02:34:28 | 01/14/2019 02:35:01 | 01/14/2019 02:36:52 | 01/14/2019 02:47:34 | 7208 | Ronald A. Esmann |
| APB31 | BU | | | | | 01/14/2019 02:34:56 | 01/14/2019 02:35:03 | 01/14/2019 02:36:54 | 01/14/2019 02:47:51 | 7771 | Keith P. Bender |

**Comments**

| Comment Date | User ID | Call Sign | Device | |
|---|---|---|---|---|
| 01/14/2019 02:47 | 8594 | | PBIAR2 | |
| APB41 -- FIR... HE WAS TOLD HE COULDN'T RETURN TO THE DAY OF HIS FLIGHT, TODAY IS HIS FLIGHT .. .IF IT'S OK W/DOA WE'LL BE 1008 | | | | |
| 01/14/2019 02:41 | 8594 | | PBIAR2 | |
| 1039 COMM CENTER | | | | |
| 01/14/2019 02:41 | 8594 | | PBIAR2 | |
| APB41 -- CAN YOU 45 COMM CENTER AND HAVE OPS AGENT 51 BACK | | | | |
| 01/14/2019 02:39 | 8594 | | PBIAR2 | |
| APS6 - -THERE WAS A SUBJ: CHANNING HUDGKINS THAT WAS WARNED ON 01/12/19 | | | | |
| 01/14/2019 02:34 | 8594 | | PBIAR2 | |
| CKPT C MEET & GREET OPS REQ'ING 1025 IN REF TO BM LSW: RED BEENIE/ GRY SHIRT SLEEPING CANNOT SEE HIS FACE BUT BELIEVES POSS SUBJ THAT WAS S/51'D THE OTHER DAY 54 NAME/NOI | | | | |

No Vehicles are associated with this Incident

No Associated Incidents Exist



Palm Beach County Sheriff's Office
Incident Details

## Detail

| Incident ID | Report Number | Incident Date | Initial Type | Current Type | Source | Status | Initial Priority | Current Priority |
|---|---|---|---|---|---|---|---|---|
| 201900039871 | | 01/14/2019 07:09:00 | 13P - SUSPICIOUS PERSON | 13P - SUSPICIOUS PERSON | SELF INITIATE | Inactive | 3 | 3 |

## Location

| Location | City | Zip | Floor | Apartment | Building | Latitude |
|---|---|---|---|---|---|---|
| PBIA @ 3200 BELVEDERE RD(2ND LEVEL) | UNINCORPORATED | 33406 | | | | 26.68958079 |

| Intersection | Subdivision | District | Beat | Area | Sector | Longitude |
|---|---|---|---|---|---|---|
| | | 0 | E1 | PBIA | PBIA | (80.08701421) |

There are no Premise Hazards listed

## People

| OTHER | Apartment | Address |
|---|---|---|
| HUTCHINS, CHANING | | |

| Phone | Building | City |
|---|---|---|
| | | |

| Birthdate | Gender | DriversLicense |
|---|---|---|
| 11/8/1987 | M | HSMV Records |

## Call Taker

| Device ID | Received | Created by | Call Source | |
|---|---|---|---|---|
| PBIAR2 | | Vicki Brown | | |

## Time Stamps

| Created | Saved | First Unit Dispatched | First Unit Enroute | First Unit Arrived | Route Closed | Last Update |
|---|---|---|---|---|---|---|
| 01/14/2019 07:09:00 | 01/14/2019 07:09:00 | 01/14/2019 07:09:00 | 01/14/2019 07:09:00 | 01/14/2019 07:09:00 | 01/14/2019 07:24:55 | 01/14/2019 07:35:00 |

| Created to Saved | Saved to Dispatched | Created to Dispatched | Dispatched to Enroute | Enroute to Arrived | Arrived to Closed | Total |
|---|---|---|---|---|---|---|
| 00:00:00 | 00:00:00 | 00:00:00 | 00:00:00 | 00:00:00 | 00:15:54 | 00:15:54 |



# Palm Beach County Sheriff's Office
## Incident Details

| CallSign | Disp 1 | Disp 2 | Disp 3 | Disp 4 | Disp 5 | Dispatch Time | Enroute Time | Arrived Time | Clear Time | Badge | Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APA41 | FIR | | | | | 01/14/2019 07:09:00 | | 01/14/2019 07:09:00 | 01/14/2019 07:24:55 | 1211 | David B Clark |
| APS2 | BU | | | | | 01/14/2019 07:18:05 | 01/14/2019 07:18:11 | 01/14/2019 07:18:11 | 01/14/2019 07:24:47 | 8223 | James V. DeFago |
| APA31 | BU | | | | | 01/14/2019 07:11:04 | | | 01/14/2019 07:13:55 | 2285 | Daniel Golubovic |

Comments

| Comment Date | User ID | Call Sign | Device | |
|---|---|---|---|---|
| 01/14/2019 07:35 | 8187 | | PBIAR1 | |
| FOUND OH DL. ███████ NCIC/FCIC ███████ 1039 APA41 | | | | |
| 01/14/2019 07:17 | 8187 | | PBIAR1 | |
| HUTCHINS ███████ NCIC/FCIC ███████ | | | | |
| 01/14/2019 07:14 | 5228 | | PBIAR2 | |
| APA41 - HAVE APS2 56 ME HERE....HE WANTS TO TALK TO A SUPV | | | | |
| 01/14/2019 07:13 | 5228 | | PBIAR2 | |
| PER APA41 SUBJ HAS TRAVEL PLANS FOR FRONTIER LATER TODAY. | | | | |
| 01/14/2019 07:11 | 5228 | | PBIAR2 | |
| SUBJ IS 2ND LEVEL E/END BY SAM SNEADS....SLEEPING ON THE CHAIR | | | | |

No Vehicles are associated with this Incident

No Associated Incidents Exist

Redaction Date:  8/10/2023 10:10:03 AM

# Redaction Log

Total Number of Redactions in Document: 3

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | HSMV Records | Personal information contained in a motor vehicle record. FSS 119.0712(2) | 1 |
| 2 | NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC. FSS 943.053, 943.0525 | 2 |

Redaction Date:  8/10/2023 10:10:03 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| HSMV Records | Personal information contained in a motor vehicle record.<br>FSS 119.0712(2) | 1(1) |
| NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC.<br>FSS 943.053, 943.0525 | 2(2) |



# **SHERIFF'S OFFICE**

## Field Interview Report #: 488594

---

### Incident Information

| **District:** | **Zone:** | **Date:** | **Time:** | **Case Number:** |
|---|---|---|---|---|
| Airport | N/A | 01/14/2019 | 07:17 | N/A |

**Location of Interview:**  
1000 James L Turnage Blvd

**Reason for Interview:**  
Consensual Encounter

| **City:** | **Zip:** | **Incorporated City:** | **Business Name:** |
|---|---|---|---|
| West Palm Beach | 33406 | No | PBIA |

| **Trespass Warning Issued:** | **Trespass OAN # (If Known):** |
|---|---|
| No | N/A |

<span style="color:red">You are now entering a trespass warning.This system CANNOT be used to document trespass warnings in county parks.</span>
<span style="color:red">This person will be subject to arrest for ONE year from date of entry.</span>
<span style="color:red">If no trespass affidavit is on file the authorizing representative information must be required.</span>

---

### Subject Information

| **Last Name:** | **First Name:** | **Middle Name:** | **Suffix:** | **Nick Name / Alias:** |
|---|---|---|---|---|
| Hutchins | Chaning | Lemar | Jr | N/A |

| **Race:** | **Sex:** | **D.O.B.:** | **Height:** | **Weight:** |
|---|---|---|---|---|
| Black | Male | 11/07/1987 | 6'04 | 270 |

| **Hair Color:** | **Eye Color:** | **ID # / DL # / Other ID:** | **State for ID:** | **Place of Birth:** |
|---|---|---|---|---|
| Black | Blue | HSMV | Ohio | Ohio |

| **DNA Taken:** | **To Evidence:** | **Social Security #:** |
|---|---|---|
| No | No | SSN |

| Subject Photos |
|---|

**Home Address:**  
6921 Breckenwood Drive

| **County:** | **City:** | **State:** | **Zip:** |
|---|---|---|---|
| N/A | Huber Heights | OH | 45424 |

| **Home Phone:** | **Work Phone:** | **Cell Phone:** | **Cell Provider:** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Clothing Description |
|---|

| **Shirt:** | **Pants:** | **Shoes:** | **Other:** |
|---|---|---|---|
| gray long sleeve T shirt | dark jeans | multi color sneakers | brown knit hat |

---

### Employement and School Information

| **Employment:** | **Occupation:** |
|---|---|
| N/A | N/A |

**Employment Address:**  
N/A

| **School:** | **Grade:** | **Truant:** | **Student ID:** |
|---|---|---|---|
| N/A | N/A | No | N/A |

**School Address:**  
N/A

## SHERIFF'S OFFICE

| Released To: |
| --- |
| N/A |

### Physical Characteristics Information

| Hair |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Facial Features: |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Complexion |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Teeth |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Special Identifiers |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Right/Left Handed |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Scars/Marks |
| --- |
| N/A |
| **Comments:** |
| N/A |

| Build |
| --- |
| N/A |
| **Comments:** |
| N/A |

### Tattoo Information

| Location: | Description of Tattoo: | Date Photo Taken: | Time Photo Taken: |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

# SHERIFF'S OFFICE

| Tattoo Photos | | |
|---|---|---|
| **Photos Taken By Name:** | **ID Number:** | **Division:** |
| N/A | N/A | N/A |

| Associate Information | | | |
|---|---|---|---|
| **Last Name:** | **First Name:** | **Date of Birth:** | **Nick Name / Alias:** |
| N/A | N/A | N/A | N/A |
| **Address:** | | | |
| N/A | | | |
| **City:** | **State:** | **Zip:** | |
| N/A | N/A | N/A | |
| **Home Phone:** | **Cell Phone:** | **Cell Provider:** | |
| N/A | N/A | N/A | |

| Vehicle Information | | | | |
|---|---|---|---|---|
| **Year:** | **Make:** | **Model:** | **Style:** | **VIN:** |
| N/A | N/A | N/A | N/A | N/A |
| **Tag:** | **Tag State:** | **Year Exp:** | **Color:** | **Special Identifiers:** |
| N/A | N/A | N/A | N/A | N/A |

| Gang Information | |
|---|---|
| **Gang Affiliation:** | **Gang Colors:** |
| N/A | N/A |
| **Graffiti:** | **Status in Gang:** |
| N/A | N/A |
| **Hand Signs/Description:** | **Symbols:** |
| N/A | N/A |

| Criminal Street Gang Member - (FSS 874.03) Must Meet Two Criteria |
|---|

| Criminal Street Gang Associate - A person Who Meets One of the Following Criteria |
|---|

| Comments |
|---|

**Comments for Incident:**

I responded to a call of a subject who was located sleeping in a chair at PBI 2nd level east end near Sam Snead's restaurant near door T212. I asked what his intentions were and he stated he has been here in Florida since Friday trying to get to Ohio. Subject did not have luggage and had a strong odor about his person and was unkept. He told me he did not have ID. I asked how he planned on traveling and he told me has done this before and is aware of secondary screening. I asked if he could give me his name to ensure he was not a wanted person. He verbally supplied his name and birthday. While waiting for the response from dispatch, he wanted to know why I talking to him and no one else at the airport. He asked for my card so I contacted Sgt. Defago to respond and the details were explained to him. The flight to Ohio is not until 330 today. Subject ████████ NCIC/FCIC

NCIC/FCIC

# SHERIFF'S OFFICE

| Entered By | | |
|---|---|---|
| **D/S Name:** | **ID Number:** | **Division:** |
| Clark, David B | 1211 | Airport (4050) |

Redaction Date:  8/10/2023 10:44:16 AM

# Redaction Log

Total Number of Redactions in Document: 3

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|---|---|---|---|
| 1 | HSMV Records | Personal information contained in a motor vehicle record.<br>FSS 119.0712(2) | 1 |
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1 |
| 3 | NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC. FSS 943.053, 943.0525 | 1 |

Redaction Date:  8/10/2023 10:44:16 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| HSMV Records | Personal information contained in a motor vehicle record.<br>FSS 119.0712(2) | 1(1) |
| NCIC/FCIC | NCIC/FCIC/FBI and in-state FDLE/DOC.<br>FSS 943.053, 943.0525 | 3(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN;<br>Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1(1) |