## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CHANNING HUTCHINS                                       Case No.: 23-CV-80210-ROSENBERG

      Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

      Defendants.
_____/

## DECLARATION OF FLIGHT ATTENDANT RACHAEL LONGORIA

1. I am over the age of eighteen, I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters contained in this Affidavit.

2. On January 14, 2019, I was employed as a flight attendant ("FA") by Frontier Airlines, Inc. ("Frontier").

3. On January 14, 2019, I was scheduled to serve as the "A" FA on Frontier Flight 257 from Palm Beach Florida, ("PBI") to Columbus, Ohio (CMH").

4. I have been employed as a flight attendant for seven and a half years.

5. During boarding of Flight 257, I was approached by at least eight passengers who complained of smell and odor present at gate C9 of PBI and about the aircraft cabin.

6. During boarding of Flight 257, I observed passengers in Plaintiff's row (row 6), the row in front of Plaintiff's row, and the row behind Plaintiff's row with their shirts over their noses and mouths.

7. Flight 257 was at maximum capacity with no empty seats throughout the cabin, rendering it impossible to relocate Plaintiff or the passengers complaining about Plaintiff's odor.

8. During the boarding process of Flight 257, I personally perceived Plaintiff's odor and would describe it as extreme body odor.


DEFENDANT'S EXHIBIT C

Page **1** of **2**

9. After continuous passenger complaints, I approached the Captain to discuss my observations and communications with affected passengers, my observations of Plaintiff, and the potential removal of Plaintiff. I never mentioned anything to the Captain or First Officer about his race or ethnicity.

10. The decision to refuse transportation to the Plaintiff and have him deplaned from the aircraft was made solely out of concerns for the safety, comfort and wellbeing of the passengers and flight crew on Flight 257, and was in no way based on the Plaintiff's race. In fact, I do not recall the race or ethnicity of Plaintiff.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated: __August 31__, 2023

_Rachael Longoria_
Flight Attendant Rachael Longoria