UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS                              Case No.: 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

    Defendants.
_____/

## DECLARATION OF FLIGHT ATTENDANT DEBRA SCHWAB

1. I am over the age of eighteen, I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters contained in this Affidavit.

2. On January 14, 2019, I was employed as a flight attendant ("FA") by Frontier Airlines, Inc. ("Frontier").

3. On January 14, 2019, I was scheduled to serve as the "C" FA on Fronter Flight 257 from Palm Beach, Florida (PBI) to Columbus, Ohio (CMH).

4. During boarding of Flight 257, I encountered Plaintiff's smell and would describe it as both very extreme and very bad.

5. During the boarding process of Flight 257, Plaintiff's smell permeated the entire aircraft cabin.

6. The decision to refuse transportation to the Plaintiff and have him deplaned from the aircraft was made solely out of concerns for the safety, comfort, and wellbeing of the passengers and flight crew on Flight 257, and was in no way based on the Plaintiff's race. In fact, I do not recall the race or ethnicity of Plaintiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Page 1 of 2



DEFENDANT'S EXHIBIT D

Dated: August 2, 2023

_____
Flight Attendant Debra Schwab