UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHANNING HUTCHINS    Case No.: 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.; PALM
BEACH COUNTIES DEPARTMENT OF
AIRPORTS; and PALM BEACH COUNTY
SHERIFF OFFICE

    Defendants.
_____/

### DECLARATION OF PASSENGER KEVIN FOSTER

1. I am over the age of eighteen, I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters contained in this Affidavit.

2. On January 14, 2019, I was a ticketed passenger aboard Frontier flight 257 on from Palm Beach, Florida (PBI) to Columbus, Ohio (CMH).

3. During the boarding of Flight 257, Plaintiff was in front of me in line and I was exposed to Plaintiff's body odor at that time.

4. During boarding of Flight 257, I was seated next to Plaintiff in seat 6B.

5. Plaintiff appeared disheveled and possibly homeless. Plaintiff did not have any luggage or carry-on items on his person.

6. I personally perceived Plaintiff's odor and would describe the smell as horrible and the worst body odor I have ever experienced. The smell made it extremely difficult to remain seated next to Plaintiff.

7. After experiencing Plaintiff's odor during boarding of Flight 257, I pulled my shirt over my nose and mouth and laid my head on the tray table in front of me in an effort to evade the odor. Unfortunately, such efforts were not effective, as I was still able to smell the offensive odor.

8. During boarding of Flight 257, I observed passengers seated near me complaining of the odor to the flight attendants.

Page 1 of 2

DEFENDANT'S EXHIBIT E

9. As a result of Plaintiff's odor, Flight 257 would have been extremely uncomfortable to endure had Plaintiff not been removed.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated: September 5, 2023

*/s/ Kevin Foster*
Kevin Foster