



# MICHAEL DONALD 1981 ET





# GEORGE FLOYD 2020 ET.

- George Floyd




# HISTORY OF MR. HUTCHINS

- The Plaintiff was born in 1987, merely six years after the last documented racial lynching, noted and dated in 1981.

- This case may reflect similarities in Mr. Michael Donald's death. (Picture of this young-man).

- Mr. Donald's was not committing any crime, yet racially discriminated against for being a African American; Mr. Hutchins was not committing any offense, but discriminated against for being a African American.

- Diagnosed with Social Anxiety after a terrible misdiagnosis in 2010, in social atmospheres w/panic attacks causing sweating, forgetfulness, blurry eyes, and sometimes disassociation.

# MR. HUTCHINS HAS ANXIETY







# STATISTICS ABOUT RACIAL INJUSTICE

- From 1882 to 1968, nearly three thousand and four hundred and forty six black were lynched.
- African Americans are 29% points less than White Americans to obtain Homeownership
- Blacks are more likely to not receive the same medical care as Whites
- Blacks are less likely to obtain homeownership than Whites
- Black can expect to be killed by police 1 in every 1,000.

**Whites and blacks differ widely in views of how blacks are treated**

*% of whites and blacks saying, in general in our country these days, blacks are treated less fairly than whites in each of the following situations*

| | White | Black | All adults |
|---|---|---|---|
| In dealing with the police | 63% | 84% | 67% |
| By the criminal justice system | 61 | 87 | 65 |
| In hiring, pay and promotions | 44 | 82 | 52 |
| When applying for a loan or mortgage | 38 | 74 | 45 |
| In stores or restaurants | 37 | 70 | 45 |
| When voting in elections | 30 | 58 | 35 |
| When seeking medical treatment | 26 | 59 | 33 |

Note: Whites and blacks include those who report being only one race and are non-Hispanic. "In dealing with the police" and "By the criminal justice system" were asked of separate random subsamples of respondents.
Source: Survey of U.S. adults conducted Jan. – Feb., 2019.
"Race in America 2019"

**PEW RESEARCH CENTER**



**Blacks are far more likely than whites to say discrimination is a major obstacle for black people**

*Among those who say being black hurts people's ability to get ahead, % of whites and blacks saying each is a major reason why black people in our country may have a harder time getting ahead than white people*

■ White  ■ Black

| | White | Black |
|---|---|---|
| Racial discrimination | 54 | 84 |
| Less access to high-paying jobs | 51 | 76 |
| Less access to good schools | 60 | 72 |
| Family instability | 50 | 42 |
| Lack of good role models | 45 | 31 |
| Lack of motivation to work hard | 22 | 22 |

Note: Whites and blacks include those who report being only one race and are non-Hispanic.
Source: Survey of U.S. adults conducted Jan. 22-Feb. [...] 2019
"Race in America 2019"

**PEW RESEARCH CENTER**



Assessments of Experience With Police by Adults Who Have Interacted With Police in the Past 12 Months, National Adults vs. Black Adults

|  | Yes, positive experience | No, not a positive experience |
|---|---|---|
|  | % | % |
| National adults | 75 | 25 |
| Black adults | 59 | 41 |

GALLUP PANEL, JUNE 23-JULY 6, 2020



# IMPLICIT BIAS/STRUCTURED BIAS

- Implicit Bias: Judge Goodwin Liu advised statistics in his lecture provided data on law enforcement officers having faster response to shoot blacks, in shooter bias more frequent and speed than whites.

- We have the ability to relate these racial disparities in relation to cause and effect, action and culprit, and punitive and penalized; And, inferring that blacks are subjected to the disparity and receive implicit bias more frequently.

- Empires call a pitch a strike for a pitcher if the pitcher is the same race more frequent than the other.; We are able to receive a hidden confession that belief without reasonable is granted by the relatable party.

- We should consider the manifestation factor built upon cognized theory and thought, and further review the picture at the beginning of the presentation.



# STRUCTURED BIAS




# SEVERITY OF DISCRIMINATION

- Mr. Michael Donald's murder was relatively close to my birth. In fact. It was 6 years prior, and discrimination seemingly has become more indirect and hidden. But the effects of racism or life impacting.

- We undoubtedly cannot dilute the severity of indirect discrimination as it has severely damaged my character through "defamation", and impacted normalcy by hardening the quality of life, happiness, privacy, and aspirations; Yet, it is only filled with torment, neglect, depression and fear.

- Frontier Airlines Inc., abused me by its incoherent act of discretionary discrimination, and further persecuted me by torment of law enforcement, the engagements has cunne resemblance of lynching, because of being barricaded, surrounded by a group of people, alleging harm and wrongdoing, with deadly weapons, and armed and ready to use.



# LYNCHING OF ED JOHNSON 1906 ET.

- A quick overview of this case displayed white hatred against a policy or regulation, and this lynching occurred because of a black man being vindicated of a rape case.

- We should notice that even though by verdict of court, lawfully determined, mandated that no further persecution shall be adjoined, these individuals went against standardized policy, and made their own personal assumption of which was not true or accurate, and murdered Mr. Johnson.

- The uncanny resemblance of Frontier Airlines Inc., using their own personal discretion, and changing standardized public policy, only to torment by the removal of the aircraft by relation and belief from their own race.



Ed Johnson Who Was Lynched.

# LAWS OF ISLAM

- I strongly encourage you to review "potential" discrimination that may have occurred through religion, and Frontier Airline Inc., discretionary policy as it violates Islamic laws and purification.

- Laws of Religion, Laws of Islam Concerning Ritual Purity and Cleanliness, (6.) Impurity Requiring a Bath of Purification

- Muhammad would take only one bath after having intercourse with his wives.[21] (He would have intercourse with all of his wives, one after the other – their number being given as nine or eleven.[22])

Adler et al v. American Airlines, Inc. 4:2020cv00317

# KANSAS CITY SCHOOL DISTRICTS PAY FOR HOMELESS STUDENTS TO TAKE TAXIS/PUBLIC TRANSIT USED BY HOMELESS




# EQUAL TREATMENT FOR EVERYONE

Fewer **black women** than **white women** survived at least 5 years after being diagnosed with breast cancer.



Data from cases diagnosed between 2001 and 2015
U.S. Cancer Statistics Data Visualizations Tool, available at www.cdc.gov/cancer/dataviz, June 2019



