33582

Hi! Welcome to Delta messaging. Type your question below, and a representative will be with you shortly.
To stop receiving messages, reply STOP. For help, reply HELP.

I need to recieve a letter from the airline about a flight on January 14, 2019 for Mr. Channing Hutchins.

We are verifying if there were any complaints raised about this passenger.

Thank you for messaging Delta.

Is your inquiry about:
A) eCredits and Vouchers
B) Flight Change or Cancel
C) Something Else

C

Your estimated wait time to message with our next available specialist is 6 minutes.

For information on how to change a ticket, redeem an eCredit or for country or state specific travel requirements, visit our Help Center here: https://bit.ly/DeltaTrvlCenter.

33582

My name is Christina. I'm a Customer Experience Supervisor and I'll be happy to assist you!

Thank you for your assistance. I am inquiring with short notice, but I requiring some details from the airline about a previous flight. We do not have physical dispute between the airlines and there is no concerns of consequential remedied from Delta Ailrines and no harm was created by the airline on or doing the flight. This inquiry is in regards to another airline.

I am simply requesting a letter on company letterhead that confirms that Mr. Hutchins on Delta flight 2996 did not have any reported issues that interfered with safety or security.

This is for a flight back in 2019?

January 14, 2019

Thank you. Please give me a moment to check into that request for you.

Thank you for your patience. I have spoken to our Corporate Security Department. They have stated they do not have anything on file in reference to any safety issues or complaints of Mr. Hutchins.



Text message

33582

My name is Christina. I'm a Customer Experience Supervisor and I'll be happy to assist you!

> Thank you for your assistance. I am inquiring with short notice, but I requiring some details from the airline about a previous flight. We do not have physical dispute between the airlines and there is no concerns of consequential remedied from Delta Ailrines and no harm was created by the airline on or doing the flight. This inquiry is in regards to another airline.
>
> I am simply requesting a letter on company letterhead that confirms that Mr. Hutchins on Delta flight 2996 did not have any reported issues that interfered with safety or security.

This is for a flight back in 2019?

> January 14, 2019

Thank you. Please give me a moment to check into that request for you.

Thank you for your patience. I have spoken to our Corporate Security Department. They have stated they do not have anything on file in reference to any safety issues or complaints of Mr. Hutchins.



Text message

33582

<u>Delta 926-West Palm Beach</u>
<u>Delta 2996-Atlanta</u>

Hi! Thanks for messaging with Delta! I'm so sorry about the long wait time to get through to us and appreciate your patience. My name is Janice and I'll be happy to assist you! About your concern to othet passenger.

Thank you

Hi who am I messaging with? Did they response your email regarding on this?

My name is Mr. Channing Hutchins. I am requesting to get in contact with the appropriate person who would be able to provide a written statement verifying that there were not any complaints regarding me as a passenger.

If you are able to verify that information and can product a written statement that is completely fine.

Are you able to fill out the form on the website? Here's the link that you can submit your feedback
https://www.delta.com/us/en/need-help/overview

Tap to lo         w




<    33582    ☏ ⋮

> Please get me over to a manager. I'm not feeling out feedback.

*filling

I can get you transferred over to one of our Customer Experience Supervisors right away. Although they will have access to our conversation, they may need to ask some verifying questions to better assist you.

My name is Christina. I'm a Customer Experience Supervisor and I'll be happy to assist you!

> Thank you for your assistance. I am inquiring with short notice, but I requiring some details from the airline about a previous flight. We do not have physical dispute between the airlines and there is no concerns of consequential remedied from Delta Ailrines and no harm was created by the airline on or doing the flight. This inquiry is in regards to another airline.
>
> I am simply requesting a letter on company letterhead that confirms that Mr. Hutchins on Delta flight 2996 did not have any reported issues that interfered with safety or security.

This is for a flight back ir ↓

+    🖼           ☺ ▶ SMS

              

33582

Thank you for your patience. I have spoken to our Corporate Security Department. They have stated they do not have anything on file in reference to any safety issues or complaints of Mr. Hutchins.

4:46 PM

I do need that in writing stating just that with the flight number and confirmation of no safety issues or complaints for both segments flights.

Can I provide you with my email address to send the document?

I'm sorry, I'm still learning and don't fully understand your question. As Delta's Virtual Assistant I can answer common topics from the menu below or you can type in your question

A) eCredit
B) Refunds & Compensation
C) Flight Change
D) Baggage Question
E) Representative

Speak eith a supervisor

Just to confirm, you'd likat with a representative?

     

33582

My name is Christina. I'm a Customer Experience Supervisor and I'll be happy to assist you!

Thank you for your assistance. I am inquiring with short notice, but I requiring some details from the airline about a previous flight. We do not have physical dispute between the airlines and there is no concerns of consequential remedied from Delta Ailrines and no harm was created by the airline on or doing the flight. This inquiry is in regards to another airline.

I am simply requesting a letter on company letterhead that confirms that Mr. Hutchins on Delta flight 2996 did not have any reported issues that interfered with safety or security.

This is for a flight back in 2019?

January 14, 2019

Thank you. Please give me a moment to check into that request for you.

Thank you for your patience. I have spoken to our Corporate Security Department. They have stated they do not have anything on file in reference to any safety issues or complaints of Mr. Hutchins.

Text message

33582

Your estimated wait time to message with our next available specialist is 6 minutes.

For information on how to change a ticket, redeem an eCredit or for country or state specific travel requirements, visit our Help Center here: https://bit.ly/DeltaTrvlCenter.

Tap to load preview

> Delta 926-West Palm Beach
> Delta 2996-Atlanta

Hi! Thanks for messaging with Delta! I'm so sorry about the long wait time to get through to us and appreciate your patience. My name is Janice and I'll be happy to assist you! About your concern to othet passenger.

> Thank you

Hi who am I messaging with? Did they response your email regarding on this?

> My name is Mr. Channing Hutchins. I am requesting to get in contact with the appropriate person who would h̲   ̲ to provide a written statement verifying ̲   ̲ ere were not any complaints regarding me as a passenger.

Text message

33582

My name is Mr. Channing Hutchins. I am requesting to get in contact with the appropriate person who would be able to provide a written statement verifying that there were not any complaints regarding me as a passenger.

If you are able to verify that information and can product a written statement that is completely fine.

Are you able to fill out the form on the website? Here's the link that you can submit your feedback
https://www.delta.com/us/en/need-help/overview

Tap to load preview

Please get me over to a manager. I'm not feeling out feedback.

*filling

I can get you transferred over to one of our Customer Experience Supervisors right away. Although they will have access to our conversation, they may need to ask some verifying questions to better assist you.

My name is Christina. I'm  tomer Experience Supervisor and I'll be happy to assist you!

Text message



Should you decide to continue for counseling, here is a proposed treatment plan. This plan is fluid, meaning we will visit it frequently to check for progress and make changes when needed or wanted.

Presenting problem: Anxiety

Suggested treatment options: talk therapy to identify causes of emotional distress; cognitive behavioral therapy to identify, understand, and ultimately change negative and dysfunctional thinking patterns; mindfulness and gratitude based therapies

Progress monitoring: regular client/therapist feedback

If you want to make some changes, let me know.

I hope to work with you! Anais

How                                      Save Draft

# Journal of Air Law and Commerce

Volume 67 | Issue 4     Article 9

2002

## Flying While Arab - Racial Profiling and Air Travel Security

Ellen Baker

**Recommended Citation**
Ellen Baker, *Flying While Arab - Racial Profiling and Air Travel Security*, 67 J. AIR L. & COM. 1375 (2002)
https://scholar.smu.edu/jalc/vol67/iss4/9

This Comment is brought to you for free and open access by the Law Journals at SMU Scholar. It has been accepted for inclusion in Journal of Air Law and Commerce by an authorized administrator of SMU Scholar. For more information, please visit http://digitalrepository.smu.edu.