| | |
|---|---|
| **From:** | Christianson, Brittany N. |
| **To:** | Channing Hutchins; Maye, Brian T. |
| **Cc:** | Schlueter, Kurt C.; Dischler, Michelle L. |
| **Subject:** | RE: follow-up/requested documents |
| **Date:** | Thursday, August 3, 2023 4:19:04 PM |

Mr. Hutchins:

In reply to your Requests for Admission, Frontier is not obligated to respond because the requests are untimely. Pursuant to Southern District of Florida Local Rule 26.1(d), discovery requests must be served in sufficient time that the response is due on or before the discovery cut-off date. Per the Court's February 17, 2023, Order, tomorrow, August 4, 2023, is the close of fact discovery. With 30 days to respond to Requests for Admission per Federal Rule of Civil Procedure 36, Frontier's deadline to respond would be Friday, September 1, 2023, nearly a month after the close of fact discovery. Local Rule 26.1(d) also states that the failure of the party seeking discovery to comply with this requirement eliminates the need to respond or object to the proposed discovery. As such, Frontier owes no response to your requests.

With respect to mediation, Mr. Siboni (the mediator on whom we initially agreed) was not available for a mediation until October. Therefore, it was not feasible to schedule a mediation with him given the court's scheduling order.  Therefore, we proposed Mr. Malloy given that his availability allowed the parties to comply with the court's scheduling order. Also, you never objected to Mr. Malloy when we spoke about using him. If you prefer a different mediator, and such mediator has availability on Aug. 16th, we would be happy to proceed on Aug. 16th with the different mediator. However, you would need to schedule such mediator immediately, allowing us to cancel the current mediation in time to avoid being subjected to a cancellation penalty. We also note that you will be responsible for 50% of the cost of any mediation.  Mr. Malloy charges $400 per hour, and there is a 3-hour minimum charge (see website links below).  Please let us know immediately if you wish to proceed with the mediation on Aug. 16th with Mr. Malloy or wish to proceed on that date with another mediator.

https://www.malloymediation.com/

https://www.malloymediation.com/index.php/rates-services

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-477-7685 | **F:** 312-704-3001
bchristianson@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**    

EXHIBIT A





**From:** Channing Hutchins <channinghutchins@outlook.com>
**Sent:** Wednesday, August 2, 2023 4:50 PM
**To:** Christianson, Brittany N. <bchristianson@hinshawlaw.com>; Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: follow-up/requested documents

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Mrs. Christianson,

Firstly, will not be able to attend in person, especially not commuting to Florida as I'm in a completely varying state. Secondly, It was my understanding that we mutually agreed on Michael C. Siboni as the mediator. Lastly, we are requiring a list of all discriminstion cases, including passenger removals, and pending litigation. Please provide an expected eta so I can follow up with the court appropriately.

Sincerely,

Channing Hutchins

**From:** Christianson, Brittany N. <bchristianson@hinshawlaw.com>
**Sent:** Wednesday, August 2, 2023 5:00 PM
**To:** Channing Hutchins <channinghutchins@outlook.com>; Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** RE: follow-up/requested documents

Mr. Hutchins:

The deposition tomorrow will be taking place in-person at the address noted in the previously provided Notice of Deposition.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-477-7685 | **F:** 312-704-3001
bchristianson@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on  





**From:** Channing Hutchins <channinghutchins@outlook.com>
**Sent:** Wednesday, August 2, 2023 3:14 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>; Christianson, Brittany N. <bchristianson@hinshawlaw.com>
**Subject:** Re: follow-up/requested documents

# *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Please find the requested documents, they'll keep coming as I get them. Send the link for the meeting tomorrow. -Channing

**From:** Channing Hutchins
**Sent:** Wednesday, August 2, 2023 1:49 PM

**To:** Maye, Brian T. <bmaye@hinshawlaw.com>; Christianson, Brittany N. <bchristianson@hinshawlaw.com>
**Subject:** follow-up

Dear Mr. Maye & Mrs. Christianson,

You will find attached the returned correspondence from your interrogatories and requested admissions for Hutchins v Frontier Airlines Inc. Please view the short memory power-point for a more reflective idea of discrimination and data to show you the injustice. If you have any additional questions, do not hesitate to ask.

As for the scheduled meeting we have tomorrow, I have not been sent a web link to complete the meeting. And we did not agree on that mediator. Please review our March correspondence for the selecting of the individual.

Channing Hutchins

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.