| | |
|---|---|
| **From:** | Christianson, Brittany N. |
| **Sent:** | Thursday, July 6, 2023 3:24 PM |
| **To:** | channinghutchins@outlook.com |
| **Cc:** | Maye, Brian T.; Schlueter, Kurt C.; Dischler, Michelle L. |
| **Subject:** | Hutchins v. Frontier |
| **Attachments:** | Frontier Requests to Admit to Pltf.pdf; Notice of Deposition to Pltf.pdf |

Hello, Mr. Hutchins:

Please find attached Frontier's First Set of Requests to Admit, which are due 30 days from today. Also, please find attached a notice for your deposition for August 3, 2023.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-477-7685 | **F:** 312-704-3001
bchristianson@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on   



 

1



EXHIBIT B