## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CHANNING HUTCHINS,

      Plaintiff,

vs.

Case No.: 12-CV-80210-ROSENBERG/REINHART

FRONTIER AIRLINES, INC. ,

      Defendant

_____/

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF CHANNING HUTCHINS

TO:    Channing Hutchins
         808 Howell St
         Seattle, WA 98101
         channinghutchins@outlook.com

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence and Local Rules for the Southern District of Florida, Defendant Frontier Airlines, Inc., by its undersigned counsel, will take the deposition of CHANNING HUTCHINS, before an officer meeting the requirements of Rule 28(a)(1) and such testimony shall be recorded by audio-visual and stenographic means on Thursday, August 3, 2023, at 10:00 a.m. ET at Hinshaw & Culbertson LLP, 100 South Ashley Drive, Suite 1310, Tampa, FL 33602.

Date: July 28, 2023

    /s/ *Brian T. Maye*
    Brian T. Maye (admitted *pro hac vice*)
    HINSHAW & CULBERTSON LLP
    151 North Franklin Street, Suite 2500
    Chicago, IL 60606
    Telephone: 312-704-3000
    Facsimile: 312-704-3001
    E-mail: bmaye@hinshawlaw.com

    Steven D. Lehner, Esq.
    Florida Bar No. 39373
    HINSHAW & CULBERTSON LLP
    100 South Ashley Drive Suite 1310
    Tampa, FL 33602
    Telephone: 813-276-1662


EXHIBIT D

Facsimile: 813-436-8738
E-mail: slehner@hinshawlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, a copy of the foregoing was sent via electronic mail to Channing Hutchins at channinghutchins@outlook.com.

/s/ *Brittany N. Christianson*
HINSHAW & CULBERTSON LLP
151 North Franklin Street
 Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
bchristianson@hinshawlaw.com

Steven D. Lehner, Esq.
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive Suite 1310
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-436-8738
slehner@hinshawlaw.com