

FILED BY _____ D.C.

NOV 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

## PART I.
## Transcript Information

Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form in two places: the District Court AND the Court of Appeals *for all cases*. 11th Cir. R. 10-1.

**Case Information:**

Short Case Style: **Channing Hutchins** vs **Frontier Airlines Inc.**

District Court No.: **Case 9:23-cv-80210-RLR**   Date Notice of Appeal Filed: **November 8, 2023**

Court of Appeals No. (if available): **23-13709-A**

**Transcript Order Information:**

[ ] No hearing  [ ] No transcript is required for appeal purposes  [✔] All necessary transcript(s) already on file

[ ] I am ordering a transcript of the following proceedings:

HEARING DATE(S) / JUDGE/MAGISTRATE / COURT REPORTER NAME(S)

[✔] Pre-Trial Proceedings **All motions, evidence, testimonies and rulings**

[ ] Trial _____

[ ] Sentence _____

[ ] Plea _____

[✔] Other **Judges notes and reasonings for failure to adhere to default judgment, Failure to respond to motions and continuances, and Failure to force Frontier Airlines Inc. to participate in discovery.**

**Criminal Appeals:**
In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

[ ] Transcript of Guilty Plea Colloquy
    A transcript of the guilty plea colloquy is already on file.
[ ] A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

[ ] Transcript of Sentencing Hearing
    A transcript of the sentencing hearing is already on file.
[ ] A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note:** Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. See 11th Cir. R. 27-1(a)(8).

**Financial Arrangements:**

[✔] I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

[ ] Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Channing_Hutchins
Address: 6921 Breckenwood Drive, Dayton, Ohio 45424
E-mail: channinghutchins@outlook.com    Phone No.: (206) 504-6072

[✔] **I certify that I have completed and filed Part I with the District Court AND the Court of Appeals, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date: 11/17/2023    Signature: _____    Attorney for: self

**PART II.**                **Court Reporter Acknowledgment**

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: _____

[ ] Satisfactory arrangements for paying the cost of the transcript were made on: _____

[ ] Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____

Estimated no. of transcript pages: _____

Estimated filing date: _____

[ ] **I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.**

Date: _____    Signature: _____    Phone No.: _____

**PART III.**         **Notification That Transcript Has Been Filed In District Court**
*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals.*

The transcript has been completed and filed with the district court on (date): _____

[ ] **I certify that the transcript has been completed and filed with the district court AND that I have sent a copy of this form to the Court of Appeals.**

Date: _____    Signature: _____

Page 2 of 2

Rev. 11/22

FedEx Office

1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES
BLVD
WEST PALM BEACH, FL 33409

R2

FXO58996163512058996163512O2

SOUTHERN DISTRICT OF FLO
SOUTHERN DISTRICT OF
701 CLEMATIS STREET
WEST PALM BEACH, FL
33401
(206) 504-6072

Special Instructions: CHANNINGHUTCHINS@OUTLOOK.COM
2065046072

1 of 1 OTP # 107504M9R1 TRK # 589961635120
Commit: 11/21 05:00 PM Mstr # 589961635120

FedEx Office

West Palm Beach FL Airport Node # 1075
(561) 478-0600 fax (561) 478-6878
CALL WHEN DONE ☐

1075-04M9R-1

Print it.
Pack it.
Ship it.
Get it.

Southern District of Florid
a Clerk of Courts
206.504.6072
BIN# Delivery

PIECES
1 of 1


