ELEVENTH CIRCUIT COURT

COURT OF APPEALS

FILED BY ___ D.C.

NOV 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CHANNING HUTCHINS,

    Plaintiff,

vs.

FRONTIER AIRLINES,

    Defendant

Case No.: 23-13709

Request Medical Evaluation

## Motion for Medical Evaluation

We request for the court to allow for the Plaintiff to receive a mental health evaluation to help determine his capability to litigate the matter. This process will provide the court with the necessary information to determine, if the case meets the specific criteria for appointment of counsel in this civil suit.

Signed on this date of November 20, 2023

_____
Channing Hutchins



**FedEx Office**

1075 WEST PALM BEACH FL
2381 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

**R2**

SOUTHERN DISTRICT OF FLO
SOUTHERN DISTRICT OF
701 CLEMATIS STREET
WEST PALM BEACH, FL 33401
(206) 504-6072
Special Instructions: CHANNINGHUTCHINS@OUTLOOK.COM
2065046072

FXO58996163512058996163512O2

1 of 1   OTP # 107504M9R1   TRK # 589961635120
Commit: 11/21 05:00 PM          Mstr # 589961635120

Print it.
Pack it.
Ship it.
Get it.

**FedEx Office**

West Palm Beach FL Airport Node # 1075
(561) 478-0600 fax (561) 478-6878

CALL WHEN DONE ☐



1075-04M9R-1

Southern District of Florida Clerk of Courts
206.504.6072
BIN#  **Delivery**   PIECES 1 of 1