**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CHANNING HUTCHINS                                    Case No.: 23-CV-80210-ROSENBERG

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

_____/

### DEFENDANT FRONTIER AIRLINES, INC.'S MOTION FOR COSTS

    Defendant, FRONTIER AIRLINES, INC. ("Frontier"), through counsel, hereby files this Motion for Costs, and in support thereof states as follows:

    1.    Plaintiff filed this action against Frontier regarding alleged violation of 42 U.S.C. § 1981 concerning his removal from Frontier flight #257 from Plam Beach, Florida (PBI) to Columbus, Ohio (CMH) on January 14, 2019.

    2.    Frontier filed its Motion for Summary Judgment on September 5, 2023. (*See* Doc. 49). This Court granted summary judgment in favor of Frontier on October 13, 2023. (*See* Doc. 56). Final judgment was entered on October 23, 2023. (*See* Doc. 57).

    3.    28 U.S.C. § 1920 permits an award of costs upon filing of a Bill of Costs. (*See* Ex. A).

    4.    Pursuant to 28 U.S.C. § 1920, the costs sought by Frontier including the following:

| Cost | Date Incurred | Amount |
|---|---|---|
| Deposition Fee – Nageli Deposition & Trial [1] | August 3, 2023 | $571.80 |

---
[1] *See* Ex. B.

| | | |
|---|---|---|
| Deposition Video Fee – Nageli Deposition & Trial [2] | August 3, 2023 | 709.00 |
| Filing Fees [3] | August 1, 2023 | $200.00 |
| | | **TOTAL: $1,480.80** |

5.      Frontier has conferred with Plaintiff in good faith regarding the issue of costs but has not reached a resolution.

WHEREFORE, Defendant, FRONTIER AIRLINES, INC., respectfully requests this Court enter an Order granting Defendant's Motion for Costs, awarding costs in accordance with 28 U.S.C. § 1920, and all other remedies the Court deems necessary and just.

Dated: November 22, 2023

Respectfully submitted,

/s/ Steven D. Lehner

Steven D. Lehner (Florida Bar No. 39373)
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 1310
Tampa, Florida 33602
Phone: 813-868-8850
E-mail: slehner@hinshawlaw.com

&

Brian T. Maye (admitted *pro hac vice*)
Brittany N. Christianson (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 704-3000
E-mail: bmaye@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*

---

[2] *See* Ex. C.

[3] *See* Ex. D.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2023, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

Plaintiff, Channing L Hutchins, channinghutchins@outlook.com.

*/s/ Steven D. Lehner*

Steven D. Lehner
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 1310
Tampa, FL 33602
Telephone: 813-276-1662
slehner@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*