# INVOICE

1 of 1



**NAEGELI**
**DEPOSITION & TRIAL**
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26034 | 8/31/2023 | 67485 |
| Job Date | Case No. | |
| 8/3/2023 | 12-CV-80210 | |
| | Case Name | |
| Hutchins vs. Frontier Airlines | | |
| | Payment Terms | |
| Due upon receipt | | |

Stephen D. Lehner
Hinshaw and Culbertson LLP
100 S Ashley Drive Suite 500
Tampa, FL 33602-5348
T: 813-276-1662  F: 813-276-1956

| | |
|---|---:|
| Channing Hutchins - No Show | 311.80 |
| Certificate of Nonappearance | 225.00 |
| Shipping and Handling | 35.00 |
| **TOTAL DUE  >>>** | **$571.80** |

Location of Job    : Hinshaw and Culbertson LLP
100 S Ashley Drive Suite 500
Tampa, FL 33602-5348

THANK YOU FOR YOUR BUSINESS!

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Stephen D. Lehner
Hinshaw and Culbertson LLP
100 S Ashley Drive Suite 500
Tampa, FL 33602-5348

Job No.     : 67485           BU ID      : NDT
Case No.    : 12-CV-80210
Case Name   : Hutchins vs. Frontier Airlines

Invoice No. : 26034           Invoice Date : 8/31/2023
**Total Due** : **$571.80**

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |