# INVOICE

1 of 1

**NAEGELI**
**DEPOSITION & TRIAL**
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26111 | 8/31/2023 | 67485 |
| Job Date | Case No. | |
| 8/3/2023 | 12-CV-80210 | |
| Case Name | | |
| Hutchins vs. Frontier Airlines | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephen D. Lehner
Hinshaw and Culbertson LLP
100 S Ashley Drive Suite 500
Tampa, FL 33602-5348
T: 813-276-1662  F: 813-276-1956

Channing Hutchins - Video - No Show                                 709.00

**TOTAL DUE  >>>                                            $709.00**

Location of Job   : Hinshaw and Culbertson LLP
                   100 S Ashley Drive Suite 500
                   Tampa, FL 33602-5348

3.00 hours @ $75.00/hour
THANK YOU FOR YOUR BUSINESS!

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Stephen D. Lehner
Hinshaw and Culbertson LLP
100 S Ashley Drive Suite 500
Tampa, FL 33602-5348

Job No.     : 67485              BU ID        : NDT
Case No.    : 12-CV-80210
Case Name   : Hutchins vs. Frontier Airlines

Invoice No. : 26111              Invoice Date : 8/31/2023
**Total Due  : $709.00**

Remit To: **Naegeli Deposition & Trial**
          **111 SW Fifth Avenue**
          **Suite 2020**
          **Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                        Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |