Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 4731875
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: AFLSDC-16807523
Approval Code: 054623
Card Number: ************4522
Date/Time: 08/01/2023 01:19:19 ET