UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, | Case No.: 23-CV-80210-ROSENBERG |
| Plaintiff, | |
| vs. | LETTER TO JUDGE ROSENBERG |
| FRONTIER AIRLINES, | |
| Defendant | |

FILED BY ___PCS___ D.C.

APR 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dear Judge Rosenburg and to the Court

(1) I apologize for administering a moot request by filing a motion. For Jury Trial. The information provided by the Clerk of the Court and the paperwork filed by opposing Counsel, along with online public sites had indicated that this was not completed. Thank you for your attention with the initial filings at the Fifteenth Judicial Circuit Court. (2) You will notice that I have attached the Summons to be administered by the Clerk's office, but I do not believe that it is necessary for them to be served as they should have been notified by Opposing Counsel at the time of case transfer; However, Fed Ex mistakenly failed to deliver all of the documents on the filing and has caused a delay in serving the parties as requested by the Court. (3) Once the Summons have been issues, I will serve the documents immediately. Again, I sincerely apologize for any confusion. (4) A request has been made to Frontier Airlines for the production of documents, statements and confirmation of the breach of contract on March 13, 2023, and says:

(a) We need to gather the names of the pilot, co-pilot, flight attendants, and the claimant that alleged the odor.

(b) We will need their individualized statement; Pilot will need to be specific to the classification of safety concerns or how an odor is a safety concern.

(c) We will need to get me a copy of the mandatory safety report that should have been submitted to the federal regulator. It was not listed as a safety event or deviation upon checking.

(d) We need a copy of Frontier Airlines Policies and procedures, including safety and discretion.

(e) We need a list of each passenger removal from Frontier Airlines aircraft, confinement or deviation in route due to passenger safety and/or security.

(f) We should acknowledge the government funding and the expected date of refund the fare paid for the ticket.

Dated this 17 of April, 2023.

_____
Channing Hutchins

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | |
|---|---|
| MR. CHANNING HUTCHINS, <br><br> Plaintiff, <br><br> vs. <br><br> FRONTIER AIRLINES, <br><br> Defendant | Case No.: 23-CV-80210-ROSENBERG <br><br> LETTER TO JUDGE ROSENBERG |

FILED BY _PCS_ D.C.

APR 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dear Judge Rosenburg and to the Court

(1) I apologize for administering a moot request by filing a motion. For Jury Trial. The information provided by the Clerk of the Court and the paperwork filed by opposing Counsel, along with online public sites had indicated that this was not completed. Thank you for your attention with the initial filings at the Fifteenth Judicial Circuit Court. (2) You will notice that I have attached the Summons to be administered by the Clerk's office, but I do not believe that it is necessary for them to be served as they should have been notified by Opposing Counsel at the time of case transfer; However, Fed Ex mistakenly failed to deliver all of the documents on the filing and has caused a delay in serving the parties as requested by the Court. (3) Once the Summons have been issues, I will serve the documents immediately. Again, I sincerely apologize for any confusion. (4) A request has been made to Frontier Airlines for the production of documents, statements and confirmation of the breach of contract on March 13, 2023, and says:

      (a) We need to gather the names of the pilot, co-pilot, flight attendants, and the claimant that alleged the odor.

      (b) We will need their individualized statement; Pilot will need to be specific to the classification of safety concerns or how an odor is a safety concern.

      (c) We will need to get me a copy of the mandatory safety report that should have been submitted to the federal regulator. It was not listed as a safety event or deviation upon checking.

(d) We need a copy of Frontier Airlines Policies and procedures, including safety and discretion.

(e) We need a list of each passenger removal from Frontier Airlines aircraft, confinement or deviation in route due to passenger safety and/or security.

(f) We should acknowledge the government funding and the expected date of refund the fare paid for the ticket.

Dated this 17 of April, 2023.

_____
Channing Hutchins



## Follow up



**Channning Hutchins**
To: Maye, Brian T.
Wed 5/24/2023 12:08 PM

Dear Mr. Brian Maye,

When will you be able to provide me with the requested information as everything that I have requested should have been provided with the initial disclosures.
Don't try to offend me again with my situation as I'm very hurt coming from a privileged background with masters degree or higher, and don't keep racially discriminating against me with thr low-ball offers. It's beyond inconsiderate.
You need to send the documents to my email that you mentioned.
You guys really have to stop the discrimination stuff because it's too much for me


Channing Hutchins

Reply




**Follow up**



**Channing Hutchins**
To: Maye, Brian T.
Wed 5/24/2023 12:03 PM

Dear Mr. Brian Maye,

When will you be able to provide me with the requested information as everything that I have requested should have been provided with the initial disclosures.
Don't try to offend me again with my situation as I'm very hurt coming from a privileged background with masters degree or higher, and don't keep racially discriminating against me with thr low-ball offers. It's beyond inconsiderate.
You need to send the documents to my email that you mentioned.
You guys really have to stop the discrimination stuff because it's too much for me


Channing Hutchins

Reply



**Channing Hutchins**
To: Christianson, Brittany N.; Maye, Brian T. +2
Thu 7/6/2023 5:54 PM   View more

Brittany, none of that even matters. The person sitting next to me or around me were not of the same race as me and I do not believe that there were any other black passengers, yet I do not recall. However, your reasoning does not satisfy the level of security or safety threat it is untrue. The FAA fined an airline for using discretion inappropriately its deceptive, false, misleading, and untrue. It should not have happened thats what is important.

I need those request of pilot names, flight attendant, policies & procedures, log of event, etc.



**Christianson, Brittany N.**
To: channinghutchins@outlook.com +3
Fri 7/28/2023 5:09 PM   View more

📄 2023-07-28 ANOD Channing Hut...
PDF - 189 KB

Hello, Mr. Hutchins:

Please find attached an Amended Notice of Deposition.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

 Reply all







**Channning Hutchins**

To: Christianson, Brittany N.; Maye, Brian T. + 2
Thu 7/6/2023 5:54 PM   View more

Brittany, none of that even matters. The person sitting next to me or around me were not of the same race as me and I do not believe that there were any other black passengers, yet I do not recall. However, your reasoning does not satisfy the level of security or safety threat it is untrue. The FAA fined an airline for using discretion inappropriately its deceptive, false, misleading, and untrue. It should not have happened thats what is important.

I need those request of pilot names, flight attendant, policies & procedures, log of event, etc.

...



**Christianson, Brittany N.**

To: channinghutchins@outlook.com  + 3
Fri 7/28/2023 5:09 PM   View more

📄 2023-07-28 ANOD Channing Hut...
PDF - 189 KB

Hello, Mr. Hutchins:

Please find attached an Amended Notice of Deposition.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

 Reply all



 **Channning Hutchins**
To: Maye, Brian T.
Sun 7/2/2023 9:53 PM

Dear Mr. Maye,

I need for you to provide me with the requested discovery information, so that I can conduct my research and formulate interrogatories, during this discovery process:

On October 4, 2021, a jury in San Francisco federal court awarded Owen Diaz (Diaz) $136.9 million in damages for the race-based harassment he endured working for Tesla, Inc. (Tesla).

Shannon Phillips received $25.6 million in damages after a six-day trial. And the two men reached a "private" unannounced settlemrnt with Starbucks.

A federal jury in Texas' southern district awarded Jennifer Harris of Fort Worth $1.16 million in compensatory damages and $365 million in punitive damages on Oct. 25.(Jennifer Harris v. Fed Ex Corp.)

Sincerely,

Channing Hutchins

Received, thank you.   Thank you!   Got it, thanks!

Reply all





**Channing Hutchins**

To: Maye, Brian T.

Sun 7/2/2023 9:53 PM

Dear Mr. Maye,

I need for you to provide me with the requested discovery information, so that I can conduct my research and formulate interrogatories, during this discovery process:

On October 4, 2021, a jury in San Francisco federal court awarded Owen Diaz (Diaz) $136.9 million in damages for the race-based harassment he endured working for Tesla, Inc. (Tesla).

Shannon Phillips received $25.6 million in damages after a six-day trial. And the two men reached a "private" unannounced settlemrnt with Starbucks.

A federal jury in Texas' southern district awarded Jennifer Harris of Fort Worth $1.16 million in compensatory damages and $365 million in punitive damages on Oct. 25.(Jennifer Harris v. Fed Ex Corp.)

Sincerely,

Channing Hutchins

Received, thank you.    Thank you!    Got it, thanks!

Reply all