FILED BY ___NC___ D.C.

DEC 18 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CHANNING HUTCHINS,

          Plaintiff,

vs.

FRONTIER AIRLINES INCORPORATED,

          Defendant

Case No.: 9:23-cv-80210-Rosenberg

**DENY COSTS, CONSIDER MISTRIAL, OR
APPROVE REAPPEALABILITY**

## Motion to Deny Costs

This request is being made to notify the court of the Plaintiffs reasoning to deny Frontier Airlines Incorporated's request for attorney fees and court costs. This response is being provided in delay, and due to overall physical well-being from being raped, or mental health that prevented the ability to focus on tasks. Anxiety has that type of effect on people, sometimes you don't even have to be anxious, fear does that to people as it makes them focus solely on a single thing, instead of the whole picture. I have attached proof of failure of Frontier Airlines not participating in discovery as I did not receive anything for prosecution of the claims, and proof of notification to the court. They are responsible to pay for all expenses and time litigating this matter directly to me.

Can you imagine a under aged teenaged mother that fights acne break-outs and arguing with their siblings about who gets to pick the fast food drive thru for dinner, or dealing with those things while having the responsibility of paying rent, feeding a child, bathing, clothes, and mental stimulation for growth and development? Fighting status quo's of good parenting or being a good mother? And then failing, not knowing or realizing that everyone is training, molding, and raising that child each and every single time they you turn your back? If those verbal and non-verbal engagements aren't positives they are just turning them into the stereotypical black boy thug, and then your Son or daughter, blames you and it might, or it might not be your fault? Perhaps a lullaby bedtime story may remove those impressions implanted in their heads, or it might not appear back again until 29 years of life. I don't know but it's messed up.

Or perhaps that is when the taunting and mocking, and racial mistreatment heightens. Instead of it being name calling from not fitting in, "cruel names that kids can think of or the infamous -f- bombs that you hear your daughter say when you open the refrigerator door", but inherent personality traits are real. Regardless to how innocent that you believe the engagement may be and because it isn't happening to you. You're at the other side of the fence laughing at the faggot getting beat down, instead of wondering what in the world do I have to do to make all of these bad things stop happening to me.

It was a tough thing for whites to sit in the terminal with blacks, and although it was not documented as a racist outcry, these airlines did the same thing by removing black passengers because a white person didn't want to sit next to them, in front of them, behind them, or around them; As a matter of fact, they did not want them on the same aircraft, and I can only imagine the name calling or choice words that were used right then Judge Rosenberg. Ranging from rape, or unwanted touching, odor of the nigger, superiority gestures, get the colored away from me. This is all way too familiar for a time that I shouldn't be able to understand, especially if we are truthful with our intentions as Americans, and the equal treatment laws that are supposed to prevent these discriminatory conducts.

I'd like to say that this is a really important case for racial disparities and strengthening standards for discretionary policy that merely aligns the exact law and procedure. This allowed for us to identify some hidden policies or standards. It'd be even more ideal if the only discretion permitted resulted in "natural disaster" modifications that demanded an executive order for the safety of each passenger on the aircraft. But, it seems too unethical and uncompassionate to remove a homeless person that may have spent his last dollars to get a plane ticket, black guy because you don't like his beard, or cant keep up with the Jones with the hottest carry-on bags. One of the white mommas, well a lot of the white mommas (mothers), in my community, used to use a frequent term for unpleasant situations, and most commonly remember in my early youth years of little league football, but the term "suck it up and get out there"! Crying because my legs hurt, or other players coming near me, and followed by "that's how the game goes". Nevertheless, you shouldn't treat people that way funky or not, religions or faithful, but police seems like life or death, or imminent danger. Followed by another excuse.

The fees are too high for the cost without Amy appearances, barely any phone calls, only short emails once or twice a month, and nothing uncommon. (Rosenfeld v. DOJ, No. 90-3576, 2012 WL 4933317 (N.D. Cal. Oct.17, 2012) (Chen, J.).

(1)The court is already aware that the Plaintiffs resources are limited, and has been notified by the indigency filing. The Plaintiff also interpreted the law incorrectly, Rule 24(3) only applies to criminal cases. I mistakenly interpreted, or recollected the law as applied to civil cases, and did not submit the FRAP application. If discretion is permitted to be granted on that grounds to submit the documentation and reappeal. (2)But I also requested a medical evaluation to meet the criteria desired for court-appointed counsel and I never received any further communication. The transcript was requested but the case mentioned no transcript requested, and perhaps granted it didn't exist because of the lack of the hearing. (3)Long story short I haven't received much thorough and concise communication about case submissions, and I firmly believe that my due process was violated at the District Court level;(4) Frontier Airlines Inc. never produced any discovery and the court was notified (Ameren Mo. v. EPA, No. 4:11CV02051AGF, 2012 WL 4372518 (E.D. Mo. Sept. 25, 2012) (Fleissig, J.), and the information from discovery was necessary and needed to produce defenses against summary judgement, and substantially could have changed the outcome by tainting credibility of their evidence, and secured more data for racial discrimination, (5)The closeness of the issues amounts to justification with the alleging that discrimination occurred by "discretion", and the alleged odor was too bad not to be allowed; Lack of Déjà Vu Doctrine from the alternative flight having identical outcomes of being deplaned with exact situation just another air carrier.

The amount of the costs are too high for the good of Justice (Audubon Soc'y of Portland v. U.S. Natural Res. Conservation Serv., No. 10-01205, 2012 WL 4829189 (D. Or. Oct. 8, 2012) and purpose of the legal system. I get that sometimes these attorneys fees and costs are immune under Civil Rights of 1964, and it's public interest (Elec. Privacy Info.Ctr. v. DHS, No. 11-945, 2012 WL 4044986 (D.D.C. Sept. 14, 2012) (Rothstein, J.) (I request the same attorney fees for representation because it took me longer and more time, Baker v. DHS, No. 3:11-CV-588, 2012 WL 5876241 (M.D. Pa. Nov. 20, 2012).

Lastly, I am requesting an answer to medical evaluation for court appointed attorney. Does the court not consider lack of communication and Defendants failure to provide requested discovery as violation of due process?

We lost. We lost as a people. We lost in this community and as a society. We lost the Nation's fight for purity in equal treatment. We lost as a entity, and at whole.

This legal system has failed to enforce the very laws that were established to protect African Americans. Each every person except for myself is in breach of your implicit contract, a verbal agreement that has been pronounced through your citizenship as United States Of America Citizens. The Pledge of Allegiance declares, and mandates that we will be one nation, under God indivisible with Liberty and Justice" for all.

As one nation we are expected to conform to the laws and morals of our Country. We each have a general understanding of the law, and expected to be at or above, the minimum principality of legal adherence. The current process of adjudication does not align with the public interests of the warriors, and purple-hearted, men and women, adults and children that have nurtured this country. Deserving of recognition and seniority, heirs and rights to their presence.

African Americans are minorities in their own communities, an endangered group of people.
The statistical data proves incarceration, medical misdiagnosis, and discrimination all to be more frequent among alternative races, including airline travel.

Despite the discretionary reasons that justified the actions against impermissibility. A chapter in the Bible titled Isaiah 58:6-7, states " 5 Is it such a fast that I have chosen? A day for a man to afflict his soul? Is it to bow down his head as a bulrush, and to spread sackcloth and ashes under him? Wilt thou call this a fast, and an acceptable day to the Lord? 6 Is not this the fast that I have chosen? To loose the bands of wickedness, to undo the heavy burdens, and to let the oppressed go free, and that ye break every yoke? 7 Is it not to deal thy bread to the hungry, and that thou bring the poor that are cast out to thy house? When thou seest the naked, that thou cover him; and that thou hide not thyself from thine own flesh?"

Frontier Airlines departed from God's words and vicariously, not Victoriously.

We, the people of the State of Florida, being grateful to Almighty God for our constitutional liberty, in order to secure its benefits, perfect our government, insure domestic tranquility, maintain public order, and guarantee equal civil and political rights to all, do ordain and establish this constitution.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. (14th Amendment)

It's the American Rule.

Sincerely,

Channing Hutchins

_____

