

**Channning Hutchins**
To: Christianson, Brittany N.; Maye, Brian T. + 2
Thu 7/6/2023 5:54 PM    View more

Brittany, none of that even matters. The person sitting next to me or around me were not of the same race as me and I do not believe that there were any other black passengers, yet I do not recall. However, your reasoning does not satisfy the level of security or safety threat it is untrue. The FAA fined an airline for using discretion inappropriately its deceptive, false, misleading, and untrue. It should not have happened thats what is important.

I need those request of pilot names, flight attendant, policies & procedures, log of event, etc.

...

**Christianson, Brittany N.**
To: channinghutchins@outlook.com + 3
Fri 7/28/2023 5:09 PM    View more

📎 2023-07-28 ANOD Channing Hut...
   PDF - 189 KB

Hello, Mr. Hutchins:

Please find attached an Amended Notice of Deposition.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

Reply all



**Channning Hutchins**
To: Christianson, Brittany N.; Maye, Brian T. +2
Thu 7/6/2023 5:54 PM   View more

Brittany, none of that even matters. The person sitting next to me or around me were not of the same race as me and I do not believe that there were any other black passengers, yet I do not recall. However, your reasoning does not satisfy the level of security or safety threat it is untrue. The FAA fined an airline for using discretion inappropriately its deceptive, false, misleading, and untrue. It should not have happened thats what is important.

I need those request of pilot names, flight attendant, policies & procedures, log of event, etc.

...

**Christianson, Brittany N.**
To: channinghutchins@outlook.com +3
Fri 7/28/2023 5:09 PM   View more

📎 2023-07-28 ANOD Channing Hut...
PDF - 189 KB

Hello, Mr. Hutchins:

Please find attached an Amended Notice of Deposition.

Thanks,

**Brittany N. Christianson**
Associate
**Hinshaw & Culbertson LLP**

↰ ∨   Reply all

**Follow up**

**Channing Hutchins**
To: Maye, Brian T.
Wed 5/24/2023 12:08 PM

Dear Mr. Brian Maye,

When will you be able to provide me with the requested information as everything that I have requested should have been provided with the initial disclosures.
Don't try to offend me again with my situation as I'm very hurt coming from a privileged background with masters degree or higher, and don't keep racially discriminating against me with thr low-ball offers. It's beyond inconsiderate.
You need to send the documents to my email that you mentioned.
You guys really have to stop the discrimination stuff because it's too much for me


Channing Hutchins

Reply



**Follow up**

**Channning Hutchins**
To: Maye, Brian T.
Wed 5/24/2023 12:08 PM

Dear Mr. Brian Maye,

When will you be able to provide me with the requested information as everything that I have requested should have been provided with the initial disclosures.
Don't try to offend me again with my situation as I'm very hurt coming from a privileged background with masters degree or higher, and don't keep racially discriminating against me with thr low-ball offers. It's beyond inconsiderate.
You need to send the documents to my email that you mentioned.
You guys really have to stop the discrimination stuff because it's too much for me


Channing Hutchins

Reply



 **Channing Hutchins**
To: Maye, Brian T.
Sun 7/2/2023 9:53 PM

Dear Mr. Maye,

I need for you to provide me with the requested discovery information, so that I can conduct my research and formulate interrogatories, during this discovery process:

On October 4, 2021, a jury in San Francisco federal court awarded Owen Diaz (Diaz) $136.9 million in damages for the race-based harassment he endured working for Tesla, Inc. (Tesla).

Shannon Phillips received $25.6 million in damages after a six-day trial. And the two men reached a "private" unannounced settlemrnt with Starbucks.

A federal jury in Texas' southern district awarded Jennifer Harris of Fort Worth $1.16 million in compensatory damages and $365 million in punitive damages on Oct. 25.(Jennifer Harris v. Fed Ex Corp.)

Sincerely,

Channing Hutchins

Received, thank you.    Thank you!    Got it, thanks!

Reply all

  

**Channning Hutchins**
To: Maye, Brian T.
Sun 7/2/2023 9:53 PM

Dear Mr. Maye,

I need for you to provide me with the requested discovery information, so that I can conduct my research and formulate interrogatories, during this discovery process:

On October 4, 2021, a jury in San Francisco federal court awarded Owen Diaz (Diaz) $136.9 million in damages for the race-based harassment he endured working for Tesla, Inc. (Tesla).

Shannon Phillips received $25.6 million in damages after a six-day trial. And the two men reached a "private" unannounced settlemrnt with Starbucks.

A federal jury in Texas' southern district awarded Jennifer Harris of Fort Worth $1.16 million in compensatory damages and $365 million in punitive damages on Oct. 25.(Jennifer Harris v. Fed Ex Corp.)

Sincerely,

Channing Hutchins

Received, thank you.    Thank you!    Got it, thanks!

Reply all



