**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CHANNING HUTCHINS                           Case No.: 23-CV-80210-ROSENBERG

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**NOTICE OF NO OBJECTION**

Defendant Frontier Airlines, Inc. does not object to the Court's January 4, 2024 Order (ECF No. 72) on Frontier's Motion for Costs (ECF No. 65).

Dated: January 12, 2024

Respectfully submitted,

/s/ *Steven D. Lehner*

Steven D. Lehner
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 1310
Tampa, Florida 33602
Phone: 813-868-8850
E-mail: slehner@hinshawlaw.com

&

Brian T. Maye (admitted *pro hac vice*)
Brittany N. Christianson (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 704-3000
E-mail: bmaye@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff, Channing L Hutchins, channinghutchins@outlook.com.

/s/ *Steven D. Lehner*
Steven D. Lehner
Florida Bar No. 39373
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 1310
Tampa, FL 33602
Telephone: 813-276-1662
slehner@hinshawlaw.com

*Counsel for Frontier Airlines, Inc.*