## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-80210-ROSENBERG

CHANNING L. HUTCHINS,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendant's Motion to Tax Costs, DE 65, which was previously referred to the Magistrate Judge for a Report and Recommendation. On January 4, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 72. The parties had until January 18, 2024, to file any objections. The Defendant filed a notice of no objections at docket entry 73. And no objection from the Plaintiff appears on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendant's Motion should be granted in part and denied in part for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 72, is hereby **ADOPTED**;

2. The Defendant's Motion to Tax Costs, DE 65, is **GRANTED IN PART AND DENIED IN PART**;

3. The Court taxes costs against the Plaintiff in the amount of $255.00.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of January, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record